Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18, and NIKKI SUISAN CORPORATION, a Japanese corporation,<br><br>  Defendants. | CIVIL CASE NO. CIV03-00021<br><br>REQUEST FOR REVIEW |

COMES NOW, Plaintiff Shell Guam, Inc., by and through its attorney, Steven A. Zamsky, Esq., of the Zamsky Law Firm, and requests this Court to review the papers on file herein, pursuant to Supplemental Rule C and Local Admiralty Rule E(3) and to enter an order directing the Clerk of this Court to issue a warrant for the arrest of the M/V Gyoko Maru No. 18 as set forth in the Motion for Order Authorizing Issuance of Warrant for Arrest and Directing Marshal to Arrest and to Take Possession of Vessel.

Dated this __16__ day of **June 2003**.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
STEVEN A. ZAMSKY

Z8(004.696)\PLD\P#1912