Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:     (671) 477-3637
Facsimile :    (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

DISTRICT COURT OF GUAM
FILED
JUL - 2 2003
MARY L. M. MORAN
CLERK OF COURT
5

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation, | ) | CIVIL CASE NO. CIV03-00021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF ACTION AND ARREST |
| | ) | |
| M/V GYOKO MARU NO. 18,<br>and NIKKI SUISAN CORPORATION,<br>a Japan corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

NOTICE OF ACTION AND ARREST IS HEREBY GIVEN TO ALL INTERESTED

PERSON OR PERSONS, ENTITY OR ENTITIES BY PLAINTIFF SHELL GUAM, INC.

AS FOLLOWS:

1.      That Plaintiff Shell Guam, Inc. made an arrest on June __18__, 2003 of the M/V

GYOKO MARU NO. 18.

2.      That the description of the property arrested is the M/V GYOKO MARU NO. 18,

HER   ENGINES, BOILERS, BOATS, MACHINERY, TACKLE, FITTINGS AND

APPLIANCES, EQUIPMENT, AND FURNISHINGS, ETC..

ORIGINAL

Page 2
Notice of Action and Arrest
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CV03-00021

3.    That Plaintiff Shell Guam, Inc. is represented by Steven A. Zamsky, Esq. of the Zamsky Law Firm, whose address is Suite 805, GCIC Building, 414 West Soledad Avenue, Hagåtña, Guam USA 96910, and whose telephone number is (671) 477-3637.

4.    That any person having a claim or interest with respect to the property above arrested and/or in the action, pursuant to Supplemental Rule C(6) of the Federal Rules of Civil Procedure, must file their claim or interest with the Clerk of Court, District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam USA 96910 and Plaintiff Shell Guam, Inc.'s attorney within ten (10) days after the date of this publication.

5.    That an Answer to the Verified Complaint must be filed and served within twenty (20) days after the date of this publication, should you fail to do so, default may be entered and condemnation ordered.

6.    That an application for intervention, pursuant to Rule 24 of the Federal Rules of Civil Procedure, by person or persons claiming to have a maritime lien or other interests shall be filed within the time fixed by this Court.

///

///

///

///

///

///

Page 3
Notice of Action and Arrest
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CV03-00021

7.     That inquiries may be directed to Mr. Joaquin L.G. Salas, United States Marshal,

United States Marshal Service, 3rd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña,

Guam USA 96910, whose telephone number is (671) 477-7827.

Dated this _7th_ day of **July 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
          **STEVEN A. ZAMSKY**

Z8(004.676)\PLD\P#1920