Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUL - 2 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18,<br>and NIKKI SUISAN CORPORATION,<br>a Japan corporation,<br><br>        Defendant. | CIVIL CASE NO. CIV03-00021<br><br>AFFIDAVIT OF MAILING |

GUAM USA                     )
                                 ) ss:
MUNICIPALITY OF HAGÅTÑA )

    I, MARIE T. CAMACHO, first being duly sworn, depose and say as follows:

    1.    That I am a United States citizen, over the age of eighteen (18) and not a party to this action.

    2.    That I am employed with the Zamsky Law Firm.

ORIGINAL

3. That on the **25th** day of **June 2003**, I deposited into the United States Mail, via registered mail, postage prepaid, the a) **Notice of Lawsuit and Request for Waiver of Service of Summons; b) Waiver of Service of Summons (original and one (1) copy); Self Addressed Stamped Envelope; and c) a copy of the Complaint** *In Rem* and *In Personam*, addressed to the following:

> Yasuo Hatakeyama
> Director and Representative
> **NIKKI SUISAN CORPORATION**
> 3-4 Sachigaoka Asahi-Ku, Yokohama
> JAPAN
> **Registered Mail Receipt No. RB378282404US**

which is last known address as to Defendant Nikki Suisan Corporation.

FURTHER THE AFFIANT SAYETH NOT.

Dated this **25th** day of **June 2003**.

*(signature)*
MARIE T. CAMACHO, Affiant

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **25th** day of **June 2003**, by **MARIE T. CAMACHO**.

*(signature)*
NOTARY PUBLIC

Z8(004.676)\PLD\P#1915

TATIANA-MARIE P. ANDERSON
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Nov. 4, 2006
P.O. Box 1119 • Hagåtña, Guam 96932