Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18,<br>and NIKKI SUISAN CORPORATION,<br><br>        Defendants. | CIVIL CASE NO. CIV03-00021<br><br><br><br>AFFIDAVIT OF PUBLICATION |

GUAM USA )
                     ) ss:
MUNICIPALITY OF HAGÅTÑA )

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

1. That I am a United States citizen, over the age of eighteen (18), and not interested in the outcome of this case.

2. That I am employed in the Classified Ads Division of the Pacific Daily News, a newspaper of general circulation in Guam USA.

Page 2
Affidavit of Publication
Shell Guam, Inc. v. M/V Gyoko Maru No. 18
District Court of Guam Civil Case No. CIV03-00021

3. That on **JULY 8, 2003**, I caused to print and publish in the Classified Ads of said newspaper, a true copy of the attached **NOTICE OF ACTION AND ARREST**.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 8th day of **July 2003**.

_____
**FAYE S. VASAPOLLI**

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for **Guam USA**, this 8th day of **July 2003**, by **FAYE S. VASAPOLLI**.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: N803-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#1923

Legal notices and advertisements from Pacific Daily News, Tuesday, July 8, 2003, page 33.

