Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
AUG 1 9 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

03-00021

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) ) ) | CIVIL CASE NO. CIV_____ |
| Plaintiff, | ) ) | WARRANT FOR ARREST OF VESSEL |
| vs. | ) ) | [Supplemental Rules C and E(4)] |
| M/V GYOKO MARU NO. 18, and NIKKI SUISAN CORPORATION, a Japan corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

TO:  UNITED STATES MARSHALL, DISTRICT COURT OF GUAM

GREETINGS:

**WHEREAS**, a Verified Complaint *In Rem* and *In Personam* was filed in the United States District Court for the District of Guam USA on the 16th day of June 2003, by Plaintiff Shell Guam, Inc., whose attorney is Steven A. Zamsky, Esq., of the Zamsky Law Firm, asserting an admiralty and maritime lien and claim or cause of action *in rem* and *in personam* against the Vessel Gyoko Maru No. 18, more particularly described in said Verified Complaint, together with her engines, boilers, boats, machinery, tackle, fittings and appliances and;

Page 2
Warrant of Arrest of Vessel [Supplemental Rules C and E(4)]
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.

**WHEREAS**, the attorney for Plaintiff Shell Guam, Inc. has filed a Verified Complaint *In Rem* and *In Personam* against said Vessel Gyoko Maru No. 18 requesting the issuance of a warrant for the arrest of the Vessel Gyoko Maru No. 18 and for service of a copy of the Verified Complaint *In Rem* and *In Personam* and Warrant for Arrest of Vessel upon the Master or other ranking officer or caretaker of the Vessel Gyoko Maru No. 18;

**YOU ARE THEREFORE COMMANDED** to forthwith arrest the said Vessel Gyoko Maru No. 18, her engines, boilers, boats, machinery, tackle, fittings and appliances, and to detain the same until the further order of this Court respecting the same or until the release of the same is duly obtained, and to serve a copy of the Verified Complaint *In Rem* and *In Persoam* filed herein and this Warrant for Arrest of Vessel upon the Master of other ranking officer or caretaker of the Vessel Gyoko Maru No. 18.

And what you shall have done in the premises then and there made due and prompt return, together with this Warrant for Arrest.

Dated this 16th day of June 2003.

MARY L. MORAN
Clerk of Court

Renee M. Martinez
Deputy Clerk

MARSHAL'S RETURN
I HAVE PARTIALLY (EXECUTED) THIS
Warrant of Arrest BY TAKING CUSTODY OF
THE WITHIN NAMED Vessel
AT Apra Harbor ON 6/16/03
AND DELIVERING HIM/HER TO Vessel
Guam Oceaneer Inc. FOR FURTHER
TRANSFER TO _____

RECEIVED
JUN 16 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.696)\PLD\P#1911

# U.S. Department of Justice
United States Marshals Service



## UNITED STATES MARSHALS SERVICE
### DISTRICT OF **GUAM**

## SEIZED PROPERTY AND EVIDENCE CONTROL

**RECEIVED FROM (Name and address):** VESSEL ABANDON

**CASE NO.:** 03-00021

**CASE TITLE:** SHELL GUAM, INC. a GUAM CORPORATION vs. M/V GYOKO MARU NO. 18 AND NIKKI SUISAN CORPORATION a JAPAN CORPORATION

**SUBJECT (Name, address):** M/V GYOKO MARU NO. 18, GUAM PORT

| ITEM NO. | QTY. | DESCRIPTION OF ARTICLES (Include model, serial no., identifying marks, condition, value. etc.) | STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 EA | M/V GYOKO MARU NO. 18 | GUAM PORT |
| | | As Inventoried by Gue Oceaneer | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that I have received and hold myself accountable for the articles listed above:

| NAME & TITLE (Typed or printed) | AGENCY | DATE | SIGNATURE |
|---|---|---|---|
| | | | |

### CHAIN OF CUSTODY

| ITEM NO. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| | | NAME & AGENCY | NAME & AGENCY OCEANEER ENT. | |
| | | SIGNATURE | SIGNATURE X | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |
| | | NAME & AGENCY | NAME & AGENCY | |
| | | SIGNATURE | SIGNATURE | |

(Over)

(Prior Editions are Obsolete and not to be used)

Form USM-102
Rev. 04/78
Automated 01/01

# U.S. Department of Justice
# United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** SHELL GUAM, INC. a Guam corporation | **COURT CASE NUMBER** 03-00021 |
| **DEFENDANT** M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION a Japan corporation | **TYPE OF PROCESS** VESSEL ARREST |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V GYOKO MARU NO. 18

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Port Authority of Guam
Piti, Guam USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) 3 |
| Number of parties to be served in this case | ONE (1) 5 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

HARBOR MASTER
PORT POLICE
CUSTODIAN: CAPTAIN J. UNTENBERG
VESSEL: M/V GYOKO MARU NO. 18
OWNER AGENT: NIKKI GUAM CORPORATION   Not Served (off island)

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Steven A. Zamsky, Esq., ZAMSKY LAW FIRM

TELEPHONE NUMBER: (671) 477-3637
DATE: JUNE 16, 2003

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 5 | 093 | 093 | | 6/17/03 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Unable to Serve Nikki Guam (Not on island)

Address (complete only if different than shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 6/18/03   Time: 1400 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $300.00 | 15.0 miles | | $305.40 | $5000.00 | | |

REMARKS: 5.40

**RECEIVED**
AUG 19 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

PRIOR EDITIONS MAY BE USED
**1. CLERK OF THE COURT**
FORM USM-285 (Rev. 12/15/80)