# United States District Court

DISTRICT OF ___GUAM USA___

FILED
DISTRICT COURT OF GUAM

SEP - 4 2003

MARY L. M. MORAN
CLERK OF COURT

SHELL GUAM, INC.,
a Guam corporation,

     Plaintiff,

   V.

M/V GYOKO MARU NO. 18
and NIKKI SUISAN CORPORATION,
a Japan corporation,

     Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: CIV03-00021

12

TO: (Name and Address of Defendant)   NIKKI SUISAN CORPORATION
a Japan corporation
3-4 Sachigaoka, Asahi-Ku
Yokohama, JAPAN

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)   Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584
E-mail: szamsky@kuentos.guam.net

an answer to the complaint which is herewith served upon you, within ___THIRTY (30)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MARY L. M. MORAN
Clerk Of Court

CLERK

AUG 26 2003

DATE

BY DEPUTY CLERK

ORIGINAL

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | September 3, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Marie T. Camacho | Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: Answer to the complaint should be twenty (20) days instead of thirty (30) days.

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $-0- |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 03, 2003

Date

*Signature of Server*

Marie T. Camacho
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue, Hagatna, Guam USA 96910

*Address of Server*