Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V GYOKO MARU NO. 18, and NIKKI SUISAN CORPORATION, a Japan corporation, <br><br> Defendants. | CIVIL CASE NO. CIV03-00021 <br><br><br><br> AFFIDAVIT OF MAILING |

GUAM USA                )
                        ) ss:
MUNICIPALITY OF HAGÅTÑA )

I, **AARON M. ELLIOTT**, first being duly sworn, depose and say as follows:

1. That I am a United States citizen, over the age of eighteen (18) and not a party to this action.

2. That I am employed with the Zamsky Law Firm.

FILED DISTRICT COURT OF GUAM SEP - 4 2003 MARY L. M. MORAN CLERK OF COURT

ORIGINAL

Page 2
Affidavit of Mailing
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CV03-00021

3. That on the **4th** day of **September 2003**, I deposited into the United States Mail, via registered mail, return receipt requested, postage prepaid, the following documents:

    a. **Summons (original and one (1) copy);**

    b. **Verified Complaint *In Rem* and *In Personam* (two (2) copies);**

    c. **Request for Service Abroad of Judicial or Extrajudicial Documents (original and one (1) copy); and**

    d. **Summary of the Documents to be Served (original and one (1) copy),**

addressed to:

**MINISTRY OF FOREIGN AFFAIRS**
2-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-8919, JAPAN
**Registered Mail Receipt No. RB37828466503**

for service by the Ministry of Foreign Affairs pursuant to FRCP 4(c)(2) U.S. Federal Rules of Procedure.

FURTHER THE AFFIANT SAYETH NOT.

Dated this **4th** day of **September 2003**.

_____
AARON M. ELLIOT, Affiant

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **4th** day of **September 2003**, by **AARON M. ELLIOTT**.

_____
NOTARY PUBLIC

Z8(004.676)\PLD\P#2003

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: N?#03-0004
Post Office Box 5745 Hagåtña, Guam USA 96932