Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., <br> a Guam corporation, | ) <br> ) <br> ) | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | ) <br> ) | REQUEST FOR CONTINUANCE |
| vs. | ) <br> ) | OF SCHEDULING CONFERENCE |
| M/V GYOKO MARU NO. 18 <br> and NIKKI SUISAN CORPORATION, <br> a Japan corporation, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

COMES NOW, Plaintiff Shell Guam, Inc. by and through its attorney of record, Steven A. Zamsky, Esq., of the Zamsky Law Firm and request that the Scheduling Conference presently set for September 11, 2003 at 3:30 p.m. be taken off calender and reset for _____.

Dated this 10th day of September 2003.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2018