Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
SEP 11 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18<br>and NIKKI SUISAN CORPORATION,<br>a Japan corporation,<br><br>Defendants. | CIVIL CASE NO. CIV03-00021<br><br>[PROPOSED]<br>ORDER GRANTING REQUEST<br>FOR CONTINUANCE |

This matter having come before this court without hearing upon Plaintiff Shell Guam, Inc.'s Request for Continuance of Scheduling Conference set for September 11, 2003 at 3:30 p.m. and upon review of the pleadings and papers,

IT IS HEREBY ORDERED that Plaintiff Shell Guam, Inc.'s Request for Continuance is hereby GRANTED. The Scheduling Conference is now set for October 15 2003 at 3:00 p.m.

SO ORDERED this 11th day of SEPTEMBER 2003.

JUDGE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Z8(004.676)\PLD\P#2018-01

RECEIVED
SEP 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM