Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., a Guam corporation, | ) | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | ) | |
| vs. | ) | REQUEST FOR ENTRY OF DEFAULT |
| M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, | ) | |
| Defendants. | ) | |

TO: MARY L.M. MORAN
    CLERK OF COURT
    DISTRICT COURT OF GUAM

You will please enter a default of **Defendant M/V Gyoko Maru No. 18** for failure to plead or otherwise defend as provided by FRCP Rule 55(a) and Local Admiralty Rule C.5, and as it appears in the Affidavit of Steven A. Zamsky filed herewith.

Dated this __9__ day of **September 2003**.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
      STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2010