Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18, and NIKKI SUISAN CORPORATION, a Japan corporation,<br><br>Defendants. | CIVIL CASE NO. CIV03-00021<br><br>AFFIDAVIT OF MAILING |

GUAM USA            )
                    ) ss:
MUNICIPALITY OF HAGÅTÑA )

I, JIM BANEZ, first being duly sworn, depose and say as follows:

1. That I am a United States citizen, over the age of eighteen (18) and not a party to this action.

2. That I am employed with the Criminal Investigation Branch of the Department of Revenue & Taxation, Government of Guam.

Page 2
Affidavit of Mailing
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CV03-00021

3. That on the **7th** day of **July 2003**, I deposited into the United States Mail, via certified mail, return receipt requested, postage prepaid, the following documents:

    a. **Verified Complaint *In Rem* and *In Personam*;**

    b. **Warrant of Arrest**

addressed to:

    **ROSITA P. BASALOTTE**
    Post Office Box 217819
    Guam Main Facility
    Barrigada, Guam USA 96921
    **Certified Mail Receipt No. 7001-0360-0002-9357-8443**

who is the Secretary/Officer of Nikki Guam Corporation, Owner Agent of Defendant M/V Goyo Maru No. 18.

FURTHER THE AFFIANT SAYETH NOT.

Dated this **11th** day of **September 2003**.

_____
JIM BANEZ, Affiant

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **11th** day of **September 2003**, by **JIM BANEZ**.

_____
NOTARY PUBLIC

Z8(004.676)\PLD\P#2019-02

> MARIE T. CAMACHO
> NOTARY PUBLIC
> In and for Guam USA
> My Commission Expires: February 10, 2007
> My Commission Number: NP#03-0004
> Post Office Box 8745 Hagåtña, Guam USA 96932