Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:     (671) 477-3637
Facsimile :    (671) 472-1584


Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM

SEP 15 2003

MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>               Plaintiff,<br><br>    vs.<br><br>M/V GYOKO MARU NO. 18<br>and NIKKI SUISAN CORPORATION,<br>a Japan corporation,<br><br>              Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL CASE NO. CIV03-00021<br><br><br>SUPPLEMENTAL AFFIDAVIT<br>OF STEVEN A. ZAMSKY<br>IN SUPPORT OF REQUEST<br>FOR ENTRY OF DEFAULT |

GUAM U.S.A.              )
                         ) ss:
MUNICIPALITY OF HAGÅTÑA   )


STEVEN A. ZAMSKY, being first duly sworn, depose and say as follows:

1.     I am the attorney of record for Plaintiff Shell Guam, Inc. herein which is asking that

Judgment be entered in favor of Plaintiff Shell Guam, Inc..

2.     I make this Affidavit pursuant to FRCP Rule 55(a) and in support of the Request for

Entry of Default of **Defendant M/V Gyoko Maru No. 18** filed herewith and for entry of Judgment.

ORIGINAL

Page 2
Supplemental Affidavit of Steven A. Zamsky in Support of Request for Entry of Default
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

3.　　　On **July 7, 2003** the Verified Complaint and Warrant of Arrest was mailed, via certified mail, returned receipt requested, to Rosita P. Basalotte, who is the Secretary/Officer of Nikki Guam, Corporation, owner agent of **Defendant M/V Gyoko Maru No. 18** by the Department of Revenue & Taxation in care of the Zamsky Law Firm.

4.　　　On **July 25, 2003** my office received the envelope marked "unclaimed". A copy of said envelope is attached hereto marked Exhibit "A".

**FURTHER THE AFFIANT SAYETH NAUGHT.**

Dated this **15th** day of **September 2003**.

_____
STEVEN A. ZAMSKY, AFFIANT

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this **15th** day of **September 2003** by STEVEN A. ZAMSKY.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2022

7001 0360 0002 9357 8443

U.S. POSTAGE

Department of Revenue and Taxation
c/o Zamsky Law Firm
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam 96910

RECEIVED BY
JUL 25 2001
ZAMSKY LAW FIRM

Return
nd Notice
st Notice

Rosita P. Basallote
P.O. Box 217819
GMF, Guam 96921

UNCLAIMED
RETURNED TO SENDER

RETURN RECEIPT
REQUESTED

Shell Guam Inc. #004.672

7/
OKD 7/21
RB 7/23

217819

EXHIBIT "A"

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

| A. Received by *(Please Print Clearly)* | B. Date of Delivery |
|---|---|

C. Signature

X

☐ Agent
☐ Addressee

1. Article Addressed to:

Rosita P. Basallote
P.O. Box 217819
GMF, Guam 96921

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number *(Copy from service label)*

7001 0360 0002 9357 8443

PS Form 3811, July 1

7001 0360 0002 9357 8443

102595-00-M-0952

QUALITY PARK