Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584


Attorneys for Plaintiff Shell Guam, Inc.



FILED
DISTRICT COURT OF GUAM

OCT 01 2003

MARY L. M. MORAN
CLERK OF COURT

21

## IN THE DISTRICT COURT OF GUAM

|  |  |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>M/V GYOKO MARU NO. 18<br>and NIKKI SUISAN CORPORATION,<br>a Japan corporation,<br><br>        Defendants. | CIVIL CASE NO. CIV03-00021<br><br>APPLICATION FOR FINAL<br>JUDGMENT BY DEFAULT<br>BY PLAINTIFF SHELL GUAM, INC.<br>AND FRCP 54(b) CERTIFICATION |

**COMES NOW**, Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**) and applies this Court

for Final Judgment by Default against Defendant M/V Gyoko Maru No. 18, pursuant to FRCP

54(b) and 55(b) and Local Admiralty Rule C(5), and based upon the Declaration of Steven A.

Zamsky filed herewith.

    1.    Default against Defendant M/V Gyoko Maru No. 18 was entered on September 15,

2003. This is a default against the Defendant M/V Gyoko Maru No. 18 in rem. It does not affect

the in personam claim against Defendant Nikki Suisan Corporation.

ORIGINAL

Page 2
Application for Final Judgment by Default by Plaintiff Shell Guam, Inc. and for FRCP 54(b) Certification
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

2.      Said Judgment shall be in the principal amount of $43,367.63 together with interest accrued as of the date of September 30, 2003 in the amount of $7,806.17 and plus further interest at the rate of $35.72 per day until Judgment is entered, and thereafter accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

Dated this ___/___ day of **October 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
      STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2029