Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
OCT 01 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, <br><br> Defendants. | CIVIL CASE NO. CIV03-00021 <br><br> DECLARATION OF STEVEN A. ZAMSKY IN SUPPORT OF APPLICATION FOR FINAL JUDGMENT OF DEFAULT BY PLAINTIFF SHELL GUAM, INC. AND FOR FRCP 54(b) CERTIFICATION |

I, Steven A. Zamsky, declare as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff**").

3. I make this Declaration in Support of the Application for Final Judgment by Default in favor of Plaintiff and against Defendant M/V Gyoko Maru No. 18 (hereinafter "**Vessel**") and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

ORIGINAL

Page 2
Declaration of Steven A. Zamsky in Support of Application for Judgment by Default
by Plaintiff Shell Guam, Inc. and for FRCP 54(b) Certification
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

4. The Default against the Vessel was entered on September 15, 2003. This is a default against the Vessel in rem. It does not affect the in personam claim against Defendant Nikki Suisan Corporation.

5. The Vessel is sitting idle and is deteriorating and should be sold at the earliest reasonable time.

6. Attached hereto is a printout prepared by Plaintiff showing the outstanding invoices and total amounts due on account of the Vessel.

7. I have received no contact from any person with regard to any potential claim with respect to the Vessel.

8. Pursuant to FRCP 4(b), Defendant Nikki Suisan Corporation has actual notice of this action.

9. This Judgment by Default will be in rem against the Vessel only. A motion for an Order of its sale is filed herewith.

10. The in personam action against Defendant Nikki Suisan Corporation is based upon its action as agent for certain vessels pursuant to which it became indebted to Plaintiff Shell Guam, Inc.

///

///

///

///

Page 3
Declaration of Steven A. Zamsky in Support of Application for Judgment by Default
  by Plaintiff Shell Guam, Inc. and for FRCP 54(b) Certification
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

11. Defendant Nikki Suisan Corporation is also the owners of the Vessel. However, the in personam claim does not affect the claims against the Vessel. It is possible that the sale of the Vessel would create a source repayment of any ultimate judgment against Defendant Nikki Suisan Corporation in personam. This will occur if a third party were to bid at the potential sale of the Vessel in an amount in excess of the Final Judgment by Default sought to be entered into in favor of Plaintiff. Any such excess amount would be held by the United States Marshal's office pending the ultimate determination.

12. Therefore, any rights of Defendant Nikki Suisan Corporation would not be adversely affected by the sale of the Vessel and there is no just reason for delay.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this ___1___ day of **October 2003**.

_____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2030

| Vessel | INVDATE | DOCNUM | Invoice Amount | Interest Thru 9/30/03 | Total | Daily Interest after 9/30/03 |
|---|---|---|---|---|---|---|
| Gyoko Maru #18 | 10/11/2002 | 5349 | 8,922.55 | 1,606.06 | 10,528.61 | |
| | | 2724196 | 606.00 | 109.08 | 715.08 | |
| | 10/12/2002 | 5351 | 5,017.58 | 903.16 | 5,920.74 | |
| | 11/24/2002 | 5433 | 8,158.14 | 1,468.47 | 9,626.61 | |
| | 11/25/2002 | 5435 | 5,581.56 | 1,004.68 | 6,586.24 | |
| | | 2724870 | 776.00 | 139.68 | 915.68 | |
| | 2/4/2003 | 5567 | 13,625.80 | 2,452.64 | 16,078.44 | |
| | | 3726007 | 340.00 | 61.20 | 401.20 | |
| | 2/5/2003 | 3726112 | 340.00 | 61.20 | 401.20 | |
| Gyoko Maru #18 Total | | | 43,367.63 | 7,806.17 | 51,173.80 | 35.72 |
| Hiro Maru #11 | 10/3/2002 | 5327 | 7,317.68 | 1,317.18 | 8,634.86 | |
| | 10/4/2002 | 5331 | 3,914.60 | 704.63 | 4,619.23 | |
| | | 2724030 | 202.00 | 36.36 | 238.36 | |
| | 11/19/2002 | 5419 | 11,637.90 | 2,094.82 | 13,732.72 | |
| | 11/20/2002 | 5420 | 1,425.31 | 256.56 | 1,681.87 | |
| | 11/21/2002 | 2724890 | 340.00 | 61.20 | 401.20 | |
| | 12/26/2002 | 5491 | 9,960.73 | 1,792.93 | 11,753.66 | |
| | | 76189 | 305.00 | 54.90 | 359.90 | |
| | 2/4/2003 | 3726005 | 68.00 | 12.24 | 80.24 | |
| Hiro Maru #11 Total | | | 35,171.22 | 6,330.82 | 41,502.04 | 30.95 |
| Tenryu Maru #28 | 9/16/2002 | 5289 | 2,765.75 | 497.84 | 3,263.59 | |
| | | 2723648 | 340.00 | 61.20 | 401.20 | |
| | 9/25/2002 | 5315 | 4,581.53 | 824.68 | 5,406.21 | |
| | 10/28/2002 | 5385 | 5,741.48 | 1,033.47 | 6,774.95 | |
| | | 2724385 | 340.00 | 61.20 | 401.20 | |
| | 11/29/2002 | 5441 | 6,273.47 | 1,129.22 | 7,402.69 | |
| | 12/1/2002 | 2725244 | 468.00 | 84.24 | 552.24 | |
| | 12/28/2002 | 5498 | 3,431.83 | 617.73 | 4,049.56 | |
| | 12/29/2002 | 76195 | 408.00 | 73.44 | 481.44 | |
| | 1/31/2003 | 5560 | 2,723.23 | 490.18 | 3,213.41 | |
| | 2/3/2003 | 5562 | 3,809.82 | 685.77 | 4,495.59 | |
| | | 3726004 | 340.00 | 61.20 | 401.20 | |
| Tenryu Maru #28 Total | | | 31,223.11 | 5,620.16 | 36,843.27 | 28.65 |