Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation,<br><br>Defendants. | CIVIL CASE NO. CIV03-00021<br><br>APPLICATION FOR ORDER OF SALE OF DEFENDANT GYOKO MARU NO. 18 BY PLAINTIFF SHELL GUAM, INC. |

**COMES NOW**, Plaintiff Shell Guam, Inc. and applies this Court for an Order of Sale of Defendant M/V Gyoko Maru No. 18, pursuant to FRCP 55(b) and Local Admiralty Rule 14 and based upon the Declaration of Steven A. Zamsky filed herewith.

1. Default against Defendant M/V Gyoko Maru No. 18 was entered on September 15, 2003.

2. A proposed Final Judgment by Default in favor of Plaintiff Shell Guam, Inc. and against Defendant M/V Gyoko Maru No. 18 is filed herewith for the principal amount of

ORIGINAL

Page 2
Application for Order of Sale of Defendant M/V Gyoko Maru No. 18 by Plaintiff Shell Guam, Inc.
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

$43,367.63 together with interest accrued as of the date of September 30, 2003 in the amount of $7,806.17 and plus further interest at the rate of $35.72 per day to the date Final Judgment by Default was entered, and thereafter interest accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

3. Plaintiff Shell Guam, Inc. request that the proposed Order of Sale be entered following the entry of Final Judgment by Default on the terms set forth in the proposed Order of Sale.

4. Plaintiff Shell Guam, Inc. request that the date of Sale be on the 14th day following by the entry of said Order of Sale.

Dated this __1__ day of **October 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2038