Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

DISTRICT COURT OF GUAM FILED OCT 23 2003 MARY L. M. MORAN CLERK OF COURT

25

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., ) | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, ) | |
| vs. ) | DECLARATION OF STEVEN A. ZAMSKY IN SUPPORT OF PLAINTIFF SHELL GUAM, INC.'S APPLICATION FOR ORDER OF SALE OF DEFENDANT M/V GYOKO MARU NO. 18 |
| M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, ) | |
| Defendant. ) | |

I, Steven A. Zamsky, declare as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter **"Plaintiff"**).

3. I make this Declaration in Support of Plaintiff's Application for Order of Sale of Defendant M/V Gyoko Maru No. 18 (hereinafter **"Vessel"**) and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

4. The Default against the Vessel was entered on September 15, 2003. The Vessel is sitting idle and is deteriorating and should be sold at the earliest reasonable time.

ORIGINAL

Page 2
Declaration of Steven A. Zamsky in Support of Plaintiff Shell Guam, Inc.'s
 Application for Order of Sale of Defendant M/V Gyoko Maru No. 18
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

5. I have received no contact from any person with regard to any potential claim with respect to the Vessel.

6. On October 22, 2003 at approximately 2:00 p.m. I telephoned the United States Marshal Service and spoke with Richard Lumagui, who is presently the Acting United States Marshal, with respect to a sale date the Vessel. Mr. Lumagui informs me that a November 2003 sale is satisfactory with the United States Marshal Service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 23 day of **October 2003**.

_____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2050