Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
NOV 03 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, <br><br> Defendants. | CIVIL CASE NO. CIV03-00021 <br><br> [PROPOSED] <br> FINAL JUDGMENT BY DEFAULT |

This matter having come before this Court upon the Application for Final Judgment by Default by Plaintiff Shell Guam, Inc. with respect to Defendant M/V Gyoko Maru No. 18, and the Default against Defendant M/V Gyoko Maru No. 18 having been entered on September 15, 2003, and upon review of the pleadings and papers on filed herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:**

1. That Final Judgment by Default is hereby ENTERED in favor of Plaintiff Shell Guam, Inc. and against Defendant M/V Gyoko Maru No. 18 in the principal amount of $43,367.63

ORIGINAL

together with interest accrued as of September 30, 2003 in the amount of $7,806.17 and plus further interest at the rate of $35.72 per day until the entry of hereof and thereafter interest accruing as required by law, together with attorneys fees and costs and custodial expenses to the date of sale.

2. The Court expressly finds that there is no just reason for delay in this Judgment by Default becoming final, pursuant to FRCP 54(b).

**SO DONE AND ORDERED IN CHAMBERS** at Hagåtña, Guam USA this 3rd day of ~~October~~ 2003.

November

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Notice is hereby given that this document was entered on the docket on 11/4/03. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 11/4/03
Deputy Clerk    Date

RECEIVED
OCT 23 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.676)\PLD\P#2031