Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., | ) | CIVIL CASE NO. CIV03-00021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | SUPPLEMENTAL |
| vs. | ) | AFFIDAVIT OF STEVEN A. ZAMSKY |
| | ) | PURSUANT TO LOCAL ADMIRALTY |
| M/V GYOKO MARU NO. 18 | ) | RULE 14(b) AND COURT ORDER |
| and NIKKI SUISAN CORPORATION, | ) | |
| a Japan corporation, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| GUAM USA | ) |
| | ) ss: |
| MUNICIPALITY OF HAGÅTÑA | ) |

STEVEN A. ZAMSKY, first being duly sworn, depose and say as follows:

1. I am an attorney admitted to practice law in Guam USA.

2. I am the attorney of record for Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff**").

3. I make this Supplement Affidavit pursuant to Local Admiralty Rule 14(b) and Order of this Court dated November 3, 2003, and having personal knowledge of all matters set forth herein if called to testify as to said matters I could and would competently do so.

ORIGINAL

4. This Supplemental Affidavit sets forth the costs paid and incurred up to November 20, 2003 by Plaintiff.

5. The total amount of the Judgment together with the Post Judgment interest is the sum of $52,420.20 and set out as follows:

| | |
|---|---:|
| Principal | $ 43,367.63 |
| Interest to 09-30-03 | 7,806.17 |
| From 10-01-03 to 11-04-03 @ $35.72 per day x 34 days | 1,214.48 |
| | $ 52,388.28 |
| Post Judgment Interest @ $1.39 to 11-20-03 | 31.92 |
| | $ 52,420.20 |

6. The total amount of attorneys fees and costs paid or incurred as of November 18, 2003 is the sum of $8,205.74 and set out as follows:

| | |
|---|---:|
| Attorneys fees and costs to 10-31-03 | $ 7,590.94 |
| Attorneys fees and costs to 11-18-03 | 614.80 |
| | $ 8,205.74 |

7. The cost of the Custodian, Oceaneer Enterprises, Inc. paid or incurred through November 20, 2003 is the sum of $34,438.83 and set out as follows:

| | |
|---|---:|
| Custodian costs to 10-31-03 | $ 29,638.83 |
| Per diem to 11-20-03 | 4,800.00 |
| | $ 34,438.83 |

///

///

Page 3
Supplemental Affidavit of Steven A. Zamsky Pursuant to Local Admiralty Rule 14(b) and Court Order
Shell Guam, Inc. v. M/V Gyoko Maru No. 18
District Court of Guam Civil Case No. CIV03-00021

8. The cost paid or incurred for the United States Marshal's Service is the sum of $5,045.00 and set out as follows:

| | |
|---|---|
| Marshal's Service paid through 08-31-03 | $ 2,400.00 |
| Incurred through 10-31-03 @ .992 per month | 1,984.00 |
| Incurred through 11-20-03 @ $33.07 per day | 661.00 |
| | $ 5,045.00 |

9. The total amount to which Plaintiff is entitled to a credit bid is the sum of $100,109.77.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 19 day of **November 2003**.

_____
STEVEN A. ZAMSKY

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this 19th day of **November 2003**, by **Steven A. Zamsky**.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#02-0894
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2078