Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

FILED
DISTRICT COURT OF GUAM
NOV 25 2003 n/o
MARY L. M. MORAN
CLERK OF COURT

(31)

Attorneys for Plaintiff Shell Guam, Inc.

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| SHELL GUAM, INC., | ) | CIVIL CASE NO. CIV03-00021 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | AFFIDAVIT OF PUBLICATION |
| | ) | |
| M/V GYOKO MARU NO. 18 | ) | |
| and NIKKI SUISAN CORPORATION, | ) | |
| a Japan corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

GUAM USA                                    )
                                                      ) ss:
MUNICIPALITY OF HAGÅTÑA          )

I, **FAYE S. VASAPOLLI**, first being duly sworn, depose and say as follows:

1.    I am over the age of eighteen (18), a United States citizen, and not interested in the outcome of this case.

2.    I am employed with the Pacific Daily News, a newspaper of general circulation in Guam USA.

ORIGINAL

3. That on **NOVEMBER 13, 2003, NOVEMBER 14, 2003, NOVEMBER 15, 2003,**

**NOVEMBER 16, 2003, NOVEMBER 17, 2003, and NOVEMBER 18, 2003**, I caused to print

and publish in the Classified Ads of said newspaper a true copy of the attached **NOTICE OF**

**UNITED STATES MARSHAL'S SALE**.

FURTHER AFFIANT SAYETH NOT.

Dated this _24th_ day of **November 2003**.

_____
**FAYE S. VASAPOLLI**

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn

and commissioned in and for Guam USA, this _24th_ day of **November 2003**, by **FAYE S.**

**VASAPOLLI**.

_____
**NOTARY PUBLIC**

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 19, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2087

**48**

---

Immediate Opening!

## Shiatsu Massage Therapist

Experience preferred

**Masa Shiatsu Sauna & Spa**
Tel: 646-2525
Onward Beach Resort (3F)

---



**GGEFCU**

GOVERNMENT OF GUAM EMPLOYEES
FEDERAL CREDIT UNION
P.O. Box 2833, Agana, GU 96910 • Tel: (671) 477-8736 • Fax: (671) 477-1155

### VEHICLES FOR SEALED BID SALE
on an "AS IS" basis

**1997 Nissan Maxima**
**2001 Nissan Frontier Pickup**

Bid applications can be obtained at the GovGuam Employees Federal Credit Union collection department located in Maite. All sealed bid applications must be submitted by November 15, 2003 at 2:00 P.M. during normal business hours.

Please contact the Collection Department at 477-8736 for date and time of inspection. We reserve the right to refuse any and all bids.

---

### Home Delivery District Sales Manager
(Full-time)

The Pacific Daily News is looking for a results-oriented Home Delivery District Sales Manager to grow Circulation sales through increased home delivery penetration in his or her designated area.

The successful candidate will acquire new subscribers, recruit, train, and develop carriers; administer newspaper dealer agreements, ensure customer service, and timely payment by subscribers and carriers. Applicants must be trustworthy and self-motivated, with strong sales, communication, organizational skills, accounting and record keeping experience; and the ability to prioritize and meet deadlines. Reliable transportation, some weekend and early morning hours are required. Computer skills and Microsoft Office a plus. The Pacific Daily News offers excellent salary, bonus and benefits packages.

If interested, please submit application and/or resume to Henry Wood, Circulation Director or Eden Nery, Human Resource Director.

*Application forms may be picked up at the*

### Pacific Daily News

244 Archbishop Flores Street
Hagåtña, GU 96910
from Monday - Friday, 8am - 5pm
or downloaded from www.guampdn.com

Federal law requires that anyone we hire be legally entitled to employment in the U.S. We comply with this law on a nondiscriminatory basis.

*We are an equal opportunity employer and appreciate the value of a diverse workforce.*

---

Application for the position are being accepted through November 15, 2003 at the Guam International Country Club Administration Office from 8am to 5pm

## Japanese Guest Relations Coordinator

Prior experience in hospitality industry and ability to speak read and write in Japanese.

Assist in sales and operations responsibility, involving reservation and front desk. Flexibility in work schedule and ability to relate to customer service.

Salary commensurate with experience and skills.

Submit resumes by November 15, 2003 to:

Attn: General Manager
Guam International Country Club
495 Battulo Street
Dededo, Guam 96929-6218
Tel: 632-4445 Fax: 632-4440

Equal Opportunity Employer

---

## WAREHOUSE DELIVERY PERSON

◆ CHAUFFEURS LICENSE REQUIRED
◆ POLICE CLEARANCE REQUIRED
◆ GOOD COMMUNICATION SKILLS
◆ FORKLIFT EXPERIENCE A PLUS

Mid Pacific Distributers
370 Mendiola St. Dededo, GU
Fax 637-5832

**EQUAL OPPORTUNITY EMPLOYER**

---



### RILEY'S REALTY
Tel: 647-0685/7
VOICE MAIL: 720-2755
Suite B4, Can-Ion Bldg. Tamuning

**ASAN**
Beachside
Marine Drive Frontage
Commercial Building
**$850,000**

**TAMUNING APTS.**
6 UNITS FULLY OCCUPIED
plus adjacent lot M-1
zoned land (847.63m)
REDUCED TO
**$250,000**

Dededo
House
3bd 1ba space
Excellent Condition

**MAITE
NEW HOUSE**
3bd 2ba, granite tile, polished roof, big window, modern kitchen
**$145,000**

**$115,000**

**DEDEDO**
Macheanonae Estates
2bd 1ba each
FULLY OCCUPIED
**$125,000**
currently $1000.00/m income

---



OFFICE OF SUPPLY MANAGEMENT
DEPARTMENT OF EDUCATION
P.O. Box 876
Hagatna, Guam 96932
Tel: 475-0436/ Fax: 472-5001

### INVITATION FOR BID

Bid No. _____ FBE-005-2004

For: Vehicle - Mini Bus 22 Passengers
Capacity with wheel chair lift - 5 each

Pre-Bid Conference: Wednesday, Nov. 19, 2003
at 10:00 a.m.
Opening date: Friday, Nov. 28, 2003
Time: 10:00 am

PLACE: Office of Supply Management, 2nd Floor,
Suite B-202, Manuel F.L. Guerrero / Administration

INTERESTED PARTIES MAY PICK-UP BID
FORMS/ SPECIFICATIONS AT SAID
PLACE.

/S/ JUAN MICHAEL PANGILINAN
ADMINISTRATOR, SUPPLY MANAGEMENT

---



**public works**

GOVERNOR
Felix P. Camacho
LT. GOVERNOR
Kaleo S. Moylan

DIRECTOR
Jose P. Morcilla, Jr.
DEPUTY DIRECTOR
Michael C. James

## INVITATION TO RE-BID

The Governor of Guam, Felix P. Camacho, the Guam Office of Homeland Security, and the Office of Civil Defense, through the Director of the Department of Public Works, is soliciting bids for the modification of the Emergency Operations Center (EOC) to accommodate the installation and operation of Federal Government provided secure communications equipment, EOC Secure Communications Room (Radial Package), Project No. 410-G-1016/AJF-AGH. Sealed bids on duplicate will be received at the Department of Public Works, Building "B", 2nd Floor, Contracts Administration Section -Technical Services until 2:00 p.m., November 20, 2003. Bids will be publicly opened and read aloud shortly afterwards in the Division of Engineering Conference Room, 2nd Floor, Building "B", Department of Public Works.

Contract time is Sixty (60) Calendar Days. All bids must be accompanied by a bid security in the amount of 15% of the total bid amount. Bid security may be bid bond, certified check or cashier's check made payable to the Treasurer of Guam. A non-refundable amount of $75.00 is required as payment for each set of bid documents which can be obtained from the Department of Public Works, Building "B", 2nd Floor, Contracts Administration Section - Technical Services commencing on November 13, 2003.

The Department of Public Works hereby notifies all potential bidders that it will affirmatively insure that in any contract entered into pursuant to this advertisement, minority business enterprises will be afforded full opportunity to submit bids in response to this invitation and will not be discriminated against on the grounds of race, color and national origin in consideration for an award.

The right is reserved to reject any or all bids and to waive any imperfection in the bids in the interest of the Government of Guam.

A pre-bid conference will be held on November 17, 2003 at 9:00 a.m. at the Division of Engineering Conference Room, 2nd Floor, Building "B", Public Works. An investigation of the site of the proposed project to allow prospective bidders to familiarize themselves with the project site conditions, will be conducted immediately after the pre-bid conference. All prospective bidders are requested to be present.

/s/ JOSE P. MORCILLA, Jr.
Director

---



UNITED STATES
MARSHAL'S SERVICE
DISTRICT OF GUAM

**U.S.MARSHALS
SALE**

IN THE DISTRICT COURT
OF GUAM

SHELL GUAM, INC.
Plaintiff,

-vs-
M/V TENRYU-MARU NO. 22,
Defendant.

CIVIL CASE NO.
CIV03-00020

NOTICE OF UNITED STATES
MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE...



UNITED STATES
MARSHAL'S SERVICE

UNITED STATES
MARSHAL'S SERVICE

JOAQUIN L.G. SALAS
United States Marshal



UNITED STATES
MARSHAL'S SERVICE
DISTRICT OF GUAM

**U.S.MARSHALS
SALE**

IN THE DISTRICT COURT
OF GUAM

SHELL GUAM, INC.
Plaintiff,

-vs-
M/V HIRO-MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

NOTICE OF UNITED STATES
MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE...

JOAQUIN L.G. SALAS
United States Marshal

### GENERAL ORDER
No. MisOO3O4

The Pacific Daily News is newspaper of general circulation published in Hagatna, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News."

District Court of Guam
Territory of Guam
Filed Sept. 19, 2000



---

**UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM**



**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,

vs.

M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above-entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, and all other accessories thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11 WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Conoco Enterprises, Inc. at Suite 111, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid shall be paid in cash within two business days after the date of sale and completion shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

**UNITED STATES MARSHAL SERVICE**

By/s/ JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM**



**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,

vs.

Defendants.

CIVIL CASE NO. CIV03-00021

BY VIRTUE OF AN ORDER OF SALE issued out the above-entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Genho Maru No. 18, her rigging, tackle, apparel, furniture, engines, and all other accessories thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK P.M., THE VESSEL, M/V GENHO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Genho Maru No. 18 may be inspected by contacting Conoco Enterprises, Inc. at Suite 111, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid shall be paid in cash within two business days after the date of sale and completion shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

**UNITED STATES MARSHAL SERVICE**

By/s/ JOAQUIN L.G. SALAS
United States Marshal

---

**IN THE SUPERIOR COURT OF GUAM**

FAMILY FINANCE COMPANY, INC., A Guam Corporation, Plaintiff,

vs.

ALBERTO C. MOJICA, ROSALINE P. BAMBA, and BRIGIDA C. MOJICA, Defendants.

CIVIL CASE NO. CV0200-323

**ALIAS SUMMONS**

**TO THE WITHIN NAMED DEFENDANT: BRIGIDA C. MOJICA**

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney, Oliver Weston Bordallo, whose office address is Suite 206A, Pacifica Plaza, 667 Marine Drive, Upper Tumon, Guam 96913, an answer to the Complaint herewith served upon you within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the Complaint.

RICHARD B. MARTINEZ
ACTING CLERK OF COURT

By/s/ Glenric J. Mendiola
DEPUTY CLERK

**HOME DELIVERY**
Subscribe Today and Save 34% Off The News Stand Price
Call Today!
472-1PDN

---

## ELKS CLUB/AGANA HTS.
Open Daily ~ 4:00 p.m. / 472-6355
7 Days Per Week

Cook, Specialty, Foreign Food $10.47 p/h; 4 yrs. exp. req.

**NOTICE OF SALE UNDER MORTGAGE**

NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. §36113, Paragraph 3-[I] of the below described mortgage and the Notice of Default recorded on October 16, 2002, as Instrument No. 664271, that the mortgage ("Mortgage") executed on September 10, 1994 by ICARDES A. ARENAS, ("Mortgagor"), in favor of U.S. Small Business Administration, and filed for record in the Department of Land Management, Government of Guam, on October 6, 1994 as Instrument No. 517219, will be FORECLOSED pursuant to a POWER OF SALE contained in the Mortgage.

The Mortgage was assigned to LPP MORTGAGE LTD. ("Mortgagee") by means of an Assignment of Mortgage, which was executed on July 2, 2001 and recorded with the Department of Land Management, Government of Guam, on February 13, 2002 as Instrument No. 651516. The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder or public auction, to be held at the courthouse for the United States District Court, District Court of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910 on December 12, 2003, in order to satisfy the amount due on the Mortgage and its promissory note at the time of the sale. Terms of the sale are cash, certified check or other terms deemed acceptable by Mortgagee. The Mortgagee reserves the right to bid all or part of the amount due on the Mortgage at the time of the sale and withdraw this notice and postpone the sale from time to time.

The property subject to the mortgage and to be sold at sale is as follows:

Lot No. 3, Block No. 1, Tract No. 1924, Ordot-Chalan Pago, formerly Sinajana, Guam, Estate No. 62919, Suburban, as said lot is marked and designated on Map Drawing No. MSS-021-90?, dated August 10, 1986 and recorded on August 20, 1986 in the Department of Land Management, Government of Guam, as Instrument No. 374330, Area: 4,002± square meters.

The amount due the Mortgagee is for the sum of $34,740.77 accrued interest as of September 1, 2002 of $858.51, interest at the rate of 4% from September 1, 2002 to the date of full payment, attorney fees, and costs of this sale.

The undersigned are the attorneys for the Mortgagee and hereby give notice that they are attempting to collect a debt and any information that is obtained will be used for that purpose.

Dated this 28th day of October, 2003.

McCULLY & BEGGS, P.C.
Attorneys for LPP Mortgage Ltd.

By/s/ MARK S. BEGGS

GUAM

On this 28th day of October, 2003, before me, the undersigned Notary, personally appeared, MARK S. BEGGS, the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose, as attorney for LPP MORTGAGE LTD.

/s/ MAUREEN E. TAITANO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Aug. 9, 2006
Ste. 200, 139 Murray Blvd., Hagatna

---

**NOTICE OF SALE UNDER MORTGAGE**

NOTICE IS HEREBY GIVEN, pursuant to 18 G.C.A. §36113, Paragraph 3-[I] of the below described mortgage and the Notice of Default recorded on January 28, 2002 as Instrument No. 653657, that the mortgage ("Mortgage") executed on October 20, 1992 by BALBINO T. TAISIPIC and BALBINO T. TAISIPIC JR. ("Mortgagors"), in favor of U. S. Small Business Administration, and filed for record in the Department of Land Management, Government of Guam, on November 17, 1992 as Instrument No. 429810, will be FORECLOSED pursuant to a POWER OF SALE contained in the Mortgage.

The Mortgage was assigned to LPP MORTGAGE, LTD. ("Mortgagee") by means of an Assignment of Mortgage, which was executed on July 2, 2001 and recorded with the Department of Land Management, Government of Guam, on January 11, 2002 as Instrument No. 649888.

The property described below will be sold, WITHOUT WARRANTY BEING GIVEN, express or implied, regarding title, possession, rights of redemption or encumbrances, to the highest bidder or public auction, to be held at the courthouse for the United States District Court, District Court of Guam, 520 West Soledad Avenue, Hagatna, Guam 96910 at 2:00 p.m. on December 12, 2003, in order to satisfy the amount due on the Mortgage and its promissory note at the time of the sale. Terms of the sale are cash, certified check or other terms deemed acceptable by Mortgagee. The Mortgagee reserves the right to bid all or part of the amount due on the Mortgage at the time of the sale and withdraw this notice and postpone the sale from time to time.

The property subject to the mortgage and to be sold at sale is as follows:

Lot No. 131-2-R3, Yona, Guam, Estate No. 66974, Suburban, as said lot is marked and designated on Map Drawing No. MSS-021-907, dated November 5, 1990 and recorded on August 6, 1991 in the Department of Land Management, Government of Guam, as Instrument No. 458281, Area: 1,014± square meters.

The amount due the Mortgagee is for the sum of $40,142.52, accrued interest as of October 31, 2001 of $194.50, interest at the rate of 4% from October 31, 2001 to the date of full payment, attorney fees and costs of this sale. The undersigned are the attorneys for the Mortgagee and hereby give notice that they are attempting to collect a debt and any information that is obtained will be used for that purpose.

Dated this 28th day of October, 2003.

McCULLY & BEGGS, P.C., Attorneys for LPP Mortgage Ltd.

By/s/ MARK S. BEGGS
GUAM

On this 28th day of October, 2003, before me, the undersigned personally appeared, MARK S. BEGGS, the person whose name is signed on the preceding document, and acknowledged to me that he signed it voluntarily for its stated purpose, as attorney for LPP MORTGAGE LTD.

/s/ MAUREEN E. TAITANO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: August 9, 2006
Ste. 200, 139 Murray Boulevard, Hagatña

---



# CARGO VANS
## FLEET BUYERS SPECIAL
**Ford** $5,000 OFF
E-SERIES
• E-150
• E-250
• E-350
Now Available

TRIPLE J PHONE • TRIPLE J CAR RENT
649-6555   649-3334/5

ADMINISTRATIVE ASSISTANT
Tumon Office  $PH$3.29

[employment advertisement text]


R&C TOURS GUAM INC.

TOUR DESK AGENT
RESERVATIONS AGENT
TOUR OPERATION & COORDINATION STAFF

R & C Tours (Guam), Inc. is an Equal Opportunity Employer.



Guam's Complete Home Site.
Guamhomefinder.com

Guam Homefinder

**Immediate Opening!**



## Shiatsu Massage Therapist

Experience preferred

**Masa Shiatsu Sauna & Spa**
Tel: 646-2525
Onward Beach Resort (3F)

---

## WAREHOUSE DELIVERY PERSON

◇ CHAUFFEURS LICENSE REQUIRED
◇ POLICE CLEARANCE REQUIRED
◇ GOOD COMMUNICATION SKILLS
◇ FORKLIFT EXPERIENCE A PLUS

Mid Pacific Distributors
370 Mendiola St. Dededo, GU
Fax 637-5832

**EQUAL OPPORTUNITY EMPLOYER**

---



**Build an exciting and challenging career with us!**



## Driver / Shipper Coordinator

Must be a highschool graduate with

A/B License

Police and Court Clearance

Training on Hazardous Materials, a plus

Customer Oriented

If qualified, please apply in person at our office. We cannot accommodate phone calls.

---

**43**

**DEPARTMENT OF EDUCATION**
P.O. Box DE
Agana, Guam 96932
Telephone: (671) 475-0457
Fax: (671) 472-5003

JUAN P. FLORES
Superintendent
of Education

LUIS S.N. REYES
Administrator
Personnel Services Division

**An Equal Opportunity Employer**

The Department of Education wishes to announce OPEN/COMPETITIVE and PROMOTIONAL examination for the following position to establish a list:

## PUBLIC INFORMATION OFFICER (2.520)

| | |
|---|---|
| SALARY: | Pay Grade M |
| Open: | Step 1-10, $28,678.00 - $43,038.00 Per Annum |
| Promotional: | Step 1-20, $28,678.00 - $60,681.00 Per Annum |
| DUTY: | Twelve (12) Months |

Applicants may request for a copy of the Job Standard for this position at the Department of Education, Personnel Services Division. Application will be accepted daily from 8:00 a.m. to 5:00 p.m., Monday through Friday, except holidays. Applications can be obtained at our office, located on the 1st floor of the Governor Manuel F.L. Guerrero building in Hagatña. Please call 475-0495 or come by and visit our office for more information.

/s/ LUIS S.N. REYES
Administrator

---

**Office of the Governor of Guam**

P.O. Box 2950 Hagåtña, Guam 96932
TEL: (671) 472-8931 • FAX: (671) 477-4826 • EMAIL: governor@mail.gov.gu

Felix P. Camacho
Governor

Kaleo S. Moylan
Lieutenant Governor

## REQUEST FOR DEVELOPMENT PROPOSALS
## MAMAJANAO BUSINESS PARK, GUAM U. S. A.

The Office of the Governor of Guam is requesting interested developers to submit proposals to develop the Mamajanao Business Park located immediately adjacent to Guam's tourism and commercial center. The Mamajanao Business Park contains approximately 35 acres of land located at Tamuning, Guam U. S. A. Current uses on the site are a high school and an elementary school. Consideration will be given to relocating existing uses if proposals submitted demonstrate that the public interest will be better served by economic development of the property. The development of the Business Park is intended to achieve Developer objectives and the following government objectives: to provide financial resources for the construction, renovation and upgrade of educational facilities and to generate jobs and increase economic activity for the Guam economy. Prospective developers must possess or demonstrate the ability to develop the property to achieve stated objectives. RFDP packages may be picked up or mailed upon receipt of payment of a non-refundable fee of $250 US dollars, made payable by check, money order or bank draft to the Guam Economic Development and Commerce Authority, for the preparation, reproduction, handling and postage costs of the RFDP package. Packages can be obtained at the Guam Economic Development and Commerce Authority (GEDCA), located at Suite 226, ITC Building, 590 South Marine Drive, Tamuning, Guam 96913, Monday through Friday, excluding holidays, between 8:00 a.m. and 5:00 p.m. The deadline for **receipt** of proposals by GEDCA is **2:00 p.m., Monday December 22, 2003 Guam Standard Time.** All proposals must be in English and submitted to the attention of the Administrator, GEDCA. For additional information, contact Mr. Gerry Perez, Administrator, GEDCA at (671) 647-4308 or 647-4332; Facsimile Number; (671) 649-6146. The government of Guam shall have the right to reject any and all proposals which have been submitted in response to this RFDP, and/or cancel this RFDP at any time, pursuant to General Service Agency Procurement Regulation 3-301.04.2.

/s/ FELIX P. CAMACHO, Governor of Guam

*Pursuant to Public Law 26-12, this ad was paid by the Guam Economic Development & Commerce Authority*

---

**Hotel Front Staff**

Day/Night Shift
Exp. Fidelio
Chauffeur License

**Alte Guam Resort Hotel**

**637-5151**

---

## JAVA JUNCTION

**NOW HIRING**
Full/Part-time
**WAIT STAFF**

for Specialty Coffee Shop
Located in the Agaña Shopping Center

Contact John Cristostomo
472-8868
Police Clearance Required

---

Let the Pacific Daily News
Classifieds Work for YOU!
Call **472-1PDN**
for more information
www.guampdn.com
Pacific Daily News

---

## UNIVERSITY OF GUAM
## UNIBETSEDAT GUAHAN
## MANGILAO, GUAM

Paid with Government funds by University of Guam

The University of Guam is soliciting proposals for Auditing Services.

The specifications, together with all the necessary response forms, are set forth in the Request for Proposal No. UOG P02-04. Copies of the specifications may be obtained at the Consolidated Procurement Office located at the Administration Building, University of Guam, Mangilao.

A pre-bid conference may be held on Tuesday, December 2, 2003 at 9:00 am at the University of Guam President's conference room, Mangilao, Guam, if requests are made by one or more interested offerors.

All sealed proposals should be submitted and received by the Consolidated Procurement Office, on or before 12:00pm, Tuesday, December 9, 2003.

/s/ DR. HAROLD ALLEN
President

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

★ U.S. MARSHALS SALE ★

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/FERRO MARUNO. 11,
Defendant.

CIVIL CASE NO. CIV03-00021

NOTICE OF UNITED STATES MARSHALS SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 26, 2003 AT THE HOUR OF 12:00 O'CLOCK A.M., THE VESSEL, M/V GYOKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Gyoko Maru No. 18 may be inspected by contacting Ocenaner Enterprises, Inc. at Suite 110, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon conditions that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgement lien and costs without making a deposit to secure its bid. Dated at Hagatna, Guam USA this 19th day of November 2003.

UNITED STATES MARSHAL SERVICE

By:
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

★ U.S. MARSHALS SALE ★

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/FERRO MARUNO. 11,
Defendant.

CIVIL CASE NO. CIV03-00021

NOTICE OF UNITED STATES MARSHALS SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 26, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V FERRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Ferro Maru No. 11 may be inspected by contacting Ocenaner Enterprises, Inc. at Suite 110, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon conditions that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgement lien and costs without making a deposit to secure its bid. Dated at Hagatna, Guam USA this 19th day of November 2003.

UNITED STATES MARSHAL SERVICE

By:
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

★ U.S. MARSHALS SALE ★

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V TENRYU MARU NO. 28,
Defendant.

CIVIL CASE NO. CIV03-00220

NOTICE OF UNITED STATES MARSHALS SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 26, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Ocenaner Enterprises, Inc. at Suite 110, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon conditions that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgement lien and costs without making a deposit to secure its bid. Dated at Hagatna, Guam USA this 19th day of November 2003.

UNITED STATES MARSHAL SERVICE

By:
JOAQUIN L.G. SALAS
United States Marshal

**32**

## Copy Editor
**(Freelance)**

Primarily responsible for editing copy and writing headlines. Excellent skills in grammar, punctuation and spelling are required. Editing experience desired, as is familiarity with Macintosh computers and QuarkXpress. Must be able to work evenings and on weekends.

If interested, please send clips and resume to Rindraty Celes Limtiaco, Executive Editor or Edna Nery, Human Resources Director.

Application forms may be picked up at the

### Pacific Daily News

244 Archbishop Flores Street
Hagåtña, GU 96910
from Monday - Friday, 8am - 5pm

Federal law requires that anyone we hire be legally entitled to employment in the U.S. We comply with this law on a nondiscriminatory basis.

We are an equal opportunity employer and appreciate the value of a diverse workforce.

---

**Build an exciting and challenging career with us!**

CTSI Logistics is looking for qualified and experienced professionals.

## Driver / Shipper Coordinator

Must be a high school graduate with:

- A/B License
- Police and Court Clearance
- Training on Hazardous Materials, a plus
- Customer Oriented

If qualified, please submit your resume. We will not accept/accept phone calls.



---



### Tumon Horizon Condominium



(671) 649-8832

---



### UNIVERSITY OF GUAM
### UNIBETSEDAT GUAHAN
### MANGILAO, GUAM

Paid with Government funds by University of Guam

The University of Guam is soliciting proposals for Auditing Services.

The specifications, together with all the necessary response forms, are set forth in the Request for Proposal No. UOG P02-04. Copies of the specifications may be obtained at the Consolidated Procurement Office located at the Administration Building, University of Guam, Mangilao.

A pre-bid conference may be held on Tuesday, December 2, 2003 at 9:00 am at the University of Guam President's conference room, Mangilao, Guam, if requests are made by one or more interested offerors.

All sealed proposals should be submitted and received by the Consolidated Procurement Office, on or before 12:00pm, Tuesday, December 9, 2003.

/s/ DR. HAROLD ALLEN
President

---

### Palace Hotel Guam

EXCITING OPPORTUNITIES TO JOIN OUR DYNAMIC TEAM

Palace Hotel Guam is seeking experienced and talented professionals to join our team in the following positions:

**LANDSCAPERS**
Excellent opportunity for several experienced Landscaping personnel seeking full-time employment. Must be physically capable of performing lawn mowing, bush cutting, trimming and other tasks. Should be knowledgeable in maintaining trees, plants and healthy lawns. This is a daytime position. Only candidates available from 7:00 a.m. through 4:30 p.m. need apply.

**GUEST SERVICE AGENT**
Responsibilities include providing transportation services to hotel guests, concierge duties and assisting with overall operations at the Front Desk. Chauffeur's license with a clean driving record is required.

**F&B OFFICE CLERK**
Responsibilities include typing, filing, contacting clients and other administrative functions. Must be proficient with MS applications and enjoy working in a fast paced environment. This is a daytime position.

**KITCHEN STAFF**
Seeking experienced food preparation personnel. Several openings including supervisory positions available. Flexibility and a willingness to join our team full-time are desired.

Applications also being accepted for Front Desk Clerk.

Please submit resumes or pick up applications at our Human Resources Office Monday-Friday from 9:00 a.m. through 12:00 p.m. and 2:00 p.m. through 5:00 p.m. Resumes or inquiries may be directed to richard.dirks@palacehotelguam.com.

Palace Hotel Guam is an Equal Opportunity Employer

---

### Guam PDN.com

The Pacific Daily News is now ONLINE
- Local News - Lifestyle - Opinion
- Sports - Classifieds - National and International News Online
www.guampdn.com

FOR ADVERTISING OPPORTUNITIES Call: 477-9711 ext. 203

---

### Air National Guard

Serve your country and community part-time. Learn career skills, get money for college, earn a regular paycheck.

Call 1-800-TO-GO-ANG. Or visit www.GoANG.com.

---



#### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V TENRYU MARU NO. 28,
Defendant.

CIVIL CASE NO. CIV03-00020

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Guceane Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490 TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon acceptance that the balance of the bid is paid in Certified Funds within 48 hours and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. so this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: /s/
JOAQUIN L.G. SALAS
United States Marshal

---

#### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIEO MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hieo Maru No. 11, her rigging, tackle, apparel, furniture, engines, and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V HIEO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hieo Maru No. 11 may be inspected by contacting Guceane Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490 TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon acceptance that the balance of the bid is paid in Certified Funds within 48 hours and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. so this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

/s/
JOAQUIN L.G. SALAS
United States Marshal

---

#### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIEO MARU NO. 31,
Defendant.

CIVIL CASE NO. CIV03-00021

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hieo Maru No. 31, her rigging, tackle, apparel, furniture, engines, and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V HIEO MARU NO. 31, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hieo Maru No. 31 may be inspected by contacting Guceane Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490 TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon acceptance that the balance of the bid is paid in Certified Funds within 48 hours and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. so this action is authorized to bid any part of its Judgment lien and costs without making a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

/s/
JOAQUIN L.G. SALAS
United States Marshal

---

### POSITION ANNOUNCEMENT

### DISTRICT COURT OF GUAM
### DOCKET CLERK/GENERALIST POSITION

Court Personnel System: CL 25
SALARY RANGE: $28,415 - $46,175 plus 25% COLA
(Salary commensurate with applicant's experience and education)

This position is located in the Clerk's Office of the District Court of Guam in Hagåtña. The responsibilities of the docket clerk/generalist will include civil, criminal, bankruptcy, and miscellaneous docketing; calendaring; statistical reporting; assisting with financial matters; back-up courtroom duties; secretarial duties; filing; intake; processing appeals; and other duties as assigned. This position requires a great deal of flexibility as the docket clerk/generalist will be responsible for a variety of clerical tasks in support of the Clerk's Office and Chambers. Additional positions may be filled from this recruitment.

**QUALIFICATIONS:**

This position requires a high school diploma, or the equivalent, and a minimum of two years of general clerical or administrative experience and two years of specialized legal experience and/or financial experience. Education above the high school level in accredited institutions may be substituted for the general experience on the basis of one academic year equals nine months of experience.

**ADDITIONAL REQUIREMENTS:**

The ability to read, write, and comprehend the English language; and to communicate effectively; the ability to deal with people tactfully and courteously; good organizational skills and experience in handling multiple workload demands; good typing skills; and experience with word processing software. Experience with electronic spreadsheets, Internet browsers, and accounting software is preferred.

This position has varied responsibilities and requires a motivated individual who has the ability to work and complete projects with minimal supervision. Candidates must possess a professional demeanor, good judgment, and be a team player.

**APPLICATION PROCEDURE:**

Applicants should submit a completed AO 78 (Application for Employment) with a resume and cover letter to:

CLERK OF COURT
DISTRICT COURT OF GUAM
U.S. COURTHOUSE, 4TH FLOOR
520 W. SOLEDAD AVENUE
HAGATNA, GUAM 96910

**CLOSING DATE FOR APPLICATIONS:** NOVEMBER 21, 2003 (Close of Business)

The AO 78 (Application for Employment) is available at the Clerk's Office or on the Internet at http://www.gud.uscourts.gov/forms.htm.

**INFORMATION FOR APPLICANTS:**

The final candidate will be subject to a background investigation by law enforcement agencies. The United States District Court requires employees to adhere to a code of conduct which is available upon request. All District Court employees are at-will employees and serve at the pleasure of the Court. The Federal Financial Reform Act requires direct deposit of federal wages for court employees. You may view this vacancy announcement on the District Court's website at:

http://www.gud.uscourts.gov

THE U.S. DISTRICT COURT IS AN EQUAL OPPORTUNITY EMPLOYER.

# Generator Sales

Morrico Equipment Corporation together with Kohler and Kubota Diesel generators has earned a reputation for competitive prices and superior after-sales service in the Guam diesel generator market. We are looking for a hard working and career minded sales person to join our sales team in selling generators in the Micronesian market.

**The successful applicant will require :**
* 3 Years previous sales experience.
  (Specific generator product knowledge and sales training will be provided).
* Excellent written and oral communication skills
* An employment track record of reliability, efficiency and honesty.

After a qualifying period an attractive salary and sales commission package will be offered to include medical insurance, vehicle operating expenses and annual bonus payments. Future sales commission and management opportunities are available in other dealership lines to the person who wants it.

Submit a letter of application and resume to:
Morrico Equipment Corporation,
197 Ypao Road, Tamuning, Guam, 96913,
or email to amc@ite.net
No telephone inquiries please.

AN EQUAL OPPORTUNITY EMPLOYER



MORRICO EQUIPMENT · Sales, Rental, Parts and Service · Kubota · KOHLER POWER SYSTEMS

## WANTED
### !! PAY IS GOOD PLUS TIPS !!
### WAITER/WAITRESS

ROTARY SUSHI
Apply in person 1pm-8pm
(Across from Reef Hotel) 646-4198
NO PHONE CALLS PLEASE

## GUAM WATERWORKS AUTHORITY
Government of Guam
P.O. Box 3010 Hagåtña, Guam 96932
Phone: 647-2603   Fax: 646-2335

The Guam Waterworks Authority is hereby accepting applications for the following positions:

| Job Announcement | Position Title: | Closing Date: |
|---|---|---|
| EOE002-2003 | BIOLOGIST III | Continuous |
| EOE002-2003 | WATER TREATMENT OPERATOR LEADER | Continuous |
| EOE033-2003 | WATER TREATMENT PLANT SUPERINTENDENT | Continuous |
| EOE034-2003 | COLLECTION AGENT SUPERVISOR | Continuous |
| EOE035-2003 | TROUBLE DISPATCHER | Continuous |
| EOE036-2003 | ACCOUNTANT III | 11/21/2003 |
| EOE037-2003 | CONTROLLER (Unclassified) | 11/21/2003 |

For more information, please call our Human Resources Office at 647-7855/59 or 647-7602 or visit our office at 578 N Marine Drive (1st Floor, Main Office Upper Tumon)

/s/ DAVID R. CRADDICK
Interim General Manager

WE ARE AN EQUAL OPPORTUNITY EMPLOYER
*THIS AD IS PAID FOR BY GWA REVENUE FUNDS*

Let the Pacific Daily News Classifieds Work for YOU!
Call 472-1PDN
for more information

## SHOOTING INSTRUCTOR F/T
Firearm I.D. & D/L Req. No experience necessary. Apply at Western Frontier Village Next to Reef Hotel, Tumon



## GUAM POWER AUTHORITY
ATURIDÅT ILEKTRESEDÅT GUAHAN
P.O. BOX 2977 HAGATNA, GUAM U.S.A. 96910-2977

FAX # (671) 649-9528 (Human Resources Office)

### GUAM POWER AUTHORITY APPRENTICESHIP TRAINING PROGRAM

The Guam Power Authority is seeking individual(s) interested in completion of a Registered Apprenticeship Training Program in the fields of power plant generation or power distribution systems. Applications are now being accepted. All individuals are encouraged to apply. This publication is not a joint announcement with AHRD.

In order to apply for the Apprenticeship Training program, applicants must satisfy the following requirements:
1. Must be at least eighteen (18) years of age
2. Must be a high school graduate or possess a GED equivalency (High school diploma or GED certificate)
3. Must have six (6) months experience in the mechanical, electrical or electronics trade; or any equivalent combination of experience or training which provides the minimum knowledge, abilities and skills (as applicable for entry level positions such as Plant Utility Worker and/or Electric Operation Trainee).
4. Must be a U.S. citizen or permanent resident.

REQUIRED DOCUMENTS WITH APPLICATION:
1. Original Birth Certificate or certified copy
2. High School diploma or GED certificate
3. Police and court clearance.

HOW AND WHERE TO APPLY:
Applicants must submit an "application for Employment-Form A" to the Human Resources Division, 1st Floor, Central Office, Harmon. Applications are accepted Monday through Friday, from 8:00 a.m. to 5:00 p.m. excluding Holidays. Deadline to submit applications is close of business on November 24, 2003.

FOR FURTHER INFORMATION:
For further details on the Apprenticeship Training program announcement, please call 649-9520 or visit the Guam Power Authority Human Resources Division.

"AN EQUAL OPPORTUNITY EMPLOYER"
This notice is paid for by GPA revenue funds
APPROVED BY:

/s/ JOHN M. BENAVENTE
GENERAL MANAGER

UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM

U.S. MARSHAL'S SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff, v. M/V HIRO MARU NO. 11, Defendant

CIVIL CASE NO. CIV03-00019

NOTICE OF UNITED STATES MARSHAL'S SALE

UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM

U.S. MARSHAL'S SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff, v. M/V HENRY/U MARIANO 28, Defendant

CIVIL CASE NO. CIV03-00020

NOTICE OF UNITED STATES MARSHAL'S SALE

UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM

U.S. MARSHAL'S SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,

CIVIL CASE NO. CIV03-00021

NOTICE OF UNITED STATES MARSHAL'S SALE



NOTICE OF SALE UNDER MORTGAGES

**50**

---

**UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM**

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V HIRO MARU NO. 28, Defendant.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Oyeki Maru No. 18, her rigging, tackle, apparel, furniture, engines, nets and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 21, 2003 AT THE HOUR OF 10 O'CLOCK P.M., THE VESSEL, M/V OYEKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V OYEKO MARU No. 18, may be inspected by contacting Guamez Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915. Telephone (671) 477-9491.

TERMS: A deposit of 10% each or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: _____
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM**

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V TENRYU MARU NO. 28, Defendant.

CIVIL CASE NO. CIV03-00030

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, nets and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Guamez Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915. Telephone (671) 477-9490.

TERMS: A deposit of 10% each or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 10th day of November 2003.
UNITED STATES MARSHAL SERVICE

By: _____
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHAL'S SERVICE DISTRICT OF GUAM**

**U.S. MARSHAL'S SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, nets and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 9:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Guamez Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96915. Telephone (671) 477-9490.

TERMS: A deposit of 10% each or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without making a deposit to secure its bid.
Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: _____
JOAQUIN L.G. SALAS
United States Marshal

---

**IN THE SUPERIOR COURT OF GUAM**

IN THE MATTER OF THE ESTATE OF MARY GONZALES MANDELL, Deceased.

PROBATE CASE NO. PR0122-03

**NOTICE TO CREDITORS**

Notice is hereby given by the undersigned MARY ANTOINETTE M. PALAD, Administratrix of the estate of Mary Gonzales Mandell, to the creditors of, and all persons having claims against the said estate or against said deceased, that within sixty (60) days after the first publication of this notice, they either file them with necessary vouchers in the Office of the Clerk of the Superior Court of Guam, or exhibit them with the necessary vouchers to the said MARY ANTOINETTE M. PALAD, Administratrix at c/o 238 Archbishop Flores St., Ste. 903, Hagatna, Guam 96910-5205, the same being the place for the transaction of said estate. Dated this 13th day of November, 2003.

/s/MARY ANTOINETTE M. PALAD, Administratrix

---

## COMPADRES MALL SPACES FOR RENT

2,000 sq. ft. (Restaurant Space)
20,000 Sq. ft. can be sub-divided into 2-10,000 sq. ft. for warehouse space or retail space.
Bar/Billiards for sale (best offer)

A/C, 100% Back-up Generator, Security, etc...

Call Madi at (671) 635-3094/5
Fax: (671) 632-3678
E-mail: rumc@ite.net

---

## WANTED

!! PAY IS GOOD PLUS TIPS !!
**WAITER/WAITRESS**
*ROTARY SUSHI*
Apply in person 1pm-8pm (Across from Reel Hotel) 646-4198
NO PHONE CALLS PLEASE



---

## FILE CLERK

LAW FIRM in Hagatna is seeking a full time File Clerk. Word processing and clerical experience preferred. Apply in person at:

McCully & Beggs, P.C.
Suite 200, 139 Murray Blvd.
Hagatna, Guam
Telephone: (671) 477-7418

---

## HOUSES FOR SALE

| | | |
|---|---|---|
| Sta. Rita (Central Village, Mayor's Office & Catholic Church) | | |
| Lot 8 Block 11, Off Farm Road | 909 | $28,996 |
| Santa Rita (Adjoining Hyundai Housing, Southern Hill & Truman Elem. School) | | |
| Lot 239-2A-2- 30 ft. frontage | 600 | 59,996 |
| Lot 14, Pale Ferdinand Way | 1,364 | 38,995 |
| Lot 6, Pale Ferdinand Circle, oceanview | 1,813 | 36,000 |
| Lot 7, Pale Ferdinand Circle, oceanview | 2,115 | 48,000 |
| Lot 4-1, San Isidro St., elev. riverfront | 1,064 | 28,995 |
| Lot 4-R1, San Isidro St., Suncolor, scenic Namo Falls | 1,395 | 28,995 |
| Lot 5, San Isidro St. Suncolor, scenic Namo Falls | 1,825 | 36,995 |
| Lot 10-R1, San Antonio St., scenic Namo River Valley | 1,077 | 26,995 |
| Lot 236-5, Sta. Lucia St. Valley View | 1,053 | 27,995 |
| Lot 238-6, Sta. Lucia St. | 929 | 26,995 |
| Lot 236-4, Sta. Lucia St. | | |
| riverfront/ocenview | 3,163 | 35,000 |
| Lot 239-7R, Sta. Lucia, elevated scenic view | 1,858 | 42,990 |

### VACANT LOTS

| | | | |
|---|---|---|---|
| YIGO LOT Bucolic, quiet neighborhood w/ utilities | 1,858 | $29,875 |
| MEMBO (Central Village w/ underground utilities) | | |
| Lot 5-R1 Loreta Street, 2 blks. to Sta. Barbara Church | 28,995 |
| YONA near baseball park, w/ 2 Br cottage | 930 | 39,996 |
| Talofofo Village Lot 22-1, San Miguel St. & | | |
| Cabras Lane | 929 | 25,000 |
| CHALAN PAGO | | |
| Lot 2344 | 1,680 | 26,996 |
| Lot No. 2901-NEW-2 | 929 | 20,000 |
| Lot 2101-NEW-4 w/ unfinished concrete house | 929 | 35,000 |
| Lot 2101-NEW-R3 w/ unfinished concrete house | 1,837 | 55,000 |

### LAND

**CALL: 477-8530 • 475-4545**

---



Century 21
COMMONWEALTH REALTY

SALESPERSON OF THE WEEK
Chris Taylor

Free Real Estate Classes!
Saturday: 10:00 a.m.

649-2100/649-2121
B-1 Tsai's Bldg. 119
South Marine Dr. Tamuning, Guam 96911
Moe Cotton, Principal Broker


Barrigada Hgh $380k


Barrigada $145k


Yona $350k




Yigo 4BR/2BA, $140K


Sun Shine Condo $40K or All for $740K


Chalan Pago $150K

### COMMERCIAL

**DEDEDO:** Printing business for sale w/inventory & printing machines. Building includes 2BR apt. $395,000 (3735)

### RENTAL

**$400 & up** studio/1BR w/city & oceanview

### CONDO

**TAMUNING:** Sunset Court; 2BR & 3BR, central a/c, stove, ref. ($37,000-$49,000) 8 units $49,000 (3708)
**TUMON:** Spacious 3BR/2BA condo in the heart of Pleasure Island in Tumon Bay. $110,000 (3807)

**BARRIGADA:** Well maintained 3BR/1.5BA, built-in entertainment cabinet in living room. $145,000 (3803)
**DEDEDO:** 3BR/2BA, 2 story home on 1/2 acre lot on top of Mwas6q area. $250,000 (3738)
**MANGILAO:** Big 6 yr old duplex in Adacao. 2BR/2BA, on each side. 2,036sf of living area on 1,060sm lot. $149,000 (3771)
**WINDWARD:** 4BR/3BA close to golf course. Property is an elevated corner lot. $165,000 (3805)
**YIGO:** 4BR/3BA on an acre lot with fence & gate. $175,000 (3804)

### LAND

**AGANA HGT:** 1/2 acre, beautiful mountain view next to Shrine Club, great neighborhood $96,000 (3747)
**INARAJAN:** 6,095sm, nice clear lot, great neighborhood w/utilities nearby $150,000 (3732)
**TALOFOFO:** Large tract of A land either for farming or development later. 39,528sm $178,200 (3751)
**TAMUNING:** Rare Tamuning lot available. Cleared with a brand new conc. fence. Ready to build. $125,000 (3724)
**YIGO:** Marina Dr. frontage, perfect for developer. Approx 49,375sm, comm zone. Negotiable $3,703,200 (3479)
**YIGO:** Nice lot 4,071sm, adjacent to lot fronting Marine Dr. $139,000 (3479)
**YIGO:** 3,335 sm, Zone C, Marine Dr. frontage. Sales price is based on $125/sm-negotiable. $416,875 (3871)
**AGAT:** 1,907sm next to former Mobil Gas. Fronting Rt 2, oceanfront property. Price is negotiable. $286,050 (2499)
**TUMON:** Tumon Beach; prime location! Total of 9,432sm-negotiable. $1,500,000 (3177)