Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | |
| vs. | MOTION FOR CONFIRMATION OF SALE OF DEFENDANT VESSEL M/V GYOKO MARU NO. 18 |
| M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, | [NO HEARING REQUESTED] |
| Defendants. | |

COMES NOW, Plaintiff Shell Guam, Inc. and moves this Court for an Order Confirming the Sale held on November 20, 2003 of the Defendant Vessel M/V Gyoko Maru No. 18 to Shell Guam, Inc., a Guam corporation, by the United States Marshal's Service for the sum of $40,000.00 as a credit bid.

More than three (3) days have passed since the date of the sale and no opposition to it has been filed.

///

///

Page 2
Motion for Confirmation of Sale of Defendant Vessel M/V Gyoko Maru No. 18 [No Hearing Requested]
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

This Motion is based upon the files and records in this case particularly upon the Entry of Default, Final Judgment by Default as to Defendant Vessel M/V Gyoko Maru No. 18, Order of Sale of Defendant Vessel M/V Gyoko Maru No. 18, Affidavit of Publication of Sale, and the United States Marshal's Return of Sale.

Dated this 10 day of **December 2003**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2081