FILED
DISTRICT COURT OF GUAM
DEC 12 2003
MARY L. M. MORAN
CLERK OF COURT

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone:   (671) 477-3637
Facsimile :   (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | |
| vs. | NOTICE OF UNITED STATES MARSHAL'S SALE |
| M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, | |
| Defendants. | |

**BY VIRTUE OF AN ORDER OF SALE** issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, **NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS** to the highest and best bidder. The vessel, M/V Gyoko Maru No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490.

Page 2
Notice of United States Marshal's Sale
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid.

Dated at Hagåtña, Guam USA this __10__ day of **November 2003**.

**UNITED STATES MARSHAL SERVICE**

By: _____
JOAQUIN L.G. SALAS
United States Marshal

Z8(004.676)\PLD\P#2042

# UNITED STATES MARSHAL'S RETURN
(SALE OF GOV'T PROPERTY TO PRIVATE)

Case No. : CV 03-00021

I, *David Punzalan*, a duly sworn and authorized Deputy U.S. Marshal, do hereby certify and state, that I offered for sale in Public Auction, the property described in the Notice of Sale attached hereto and made part of this return as ordered by the Court.

Said Notice of Sale was published as required and evidenced by the accompanying Affidavit of Publication. The sale began at the hour of 1:30 P.M. and on the 20th day of November, 2003 when I offered for sale said property in Public Auction and that I received from Mr. Zamsky Steven in representation of Shell Guam the amount of $40,000.00 offered as bid on the scheduled sale. That being the highest bid received from the buyer the sale was awarded to Shell Guam and, that said bid is offered by the buyer utilizing the manner of payment detailed in the Notice of Sale over the secured indebtedness.

Marshal fees, indicated below, will be deducted from the Proceeds of the sale.

TOTAL DEPOSIT ............................ $11,420.80

## MARSHAL'S FEES

| | |
|---|---|
| 3% OF 1ST $1,000.00 ...................... | $ 30.00 |
| 1 ½% OF REMAINING BALANCE ............... | $ 585.00 |
| EXECUTION OF SALE FEE .................... | $ 45.00 |
| TOTAL MILEAGE (INCLUDING ENDEAVORS) AT ___ | $ 0.00 |
| TOLLS (INCLUDING ENDEAVORS) .............. | $ 0.00 |
| OTHER EXPENSES ........................... | $ 7,301.56 |
| TOTAL ......... | $ 7,961.56 |

RETURN TO PLAINTIFF    $3,459.24

This at Hagatna, Guam on November 20, 2003

         Joaquin L.G. Salas
         United States Marshal

        By:__David Punzalan__
         Deputy U.S. Marshal



# United States Marshal's Bill of Sale

## COURT ORDERED SALE OR FORFEITURE

(Use Form 190b for Administrative Forfeitures)

BE IT KNOWN that I, __Joaquin L.G. Salas__, United States Marshal for the __Judicial__ District of __Guam__, by virtue of the __Order of Sale__ dated __November 3, 2003__, and issued by the United States District Court for the __Judicial__ District of __Guam__ have on this day sold at Public Auction, or by other lawful means, the following described property, to wit:

M/V Gyoko Maru No. 18

to __Shell Guam__ of __Hagatna, Guam__.
    (Name)              (Address)

NOW THEREFORE, and in consideration of payment to me by cash, cashier's or certified check, and/or money order in the amount of __$40,000.00__, the purchase price and best bid for the above-described property, I hereby sell, transfer and convey, "AS IS," with no guarantees or warranties, express or implied, all right, title and interest in the above-described property that I as United States Marshal am authorized to convey by law to __Shell Guam__, the purchaser thereof.
(Name)

WITNESS, my hand and official seal hereby affixed on this __20th__ day of __November__, 20__03__, __Joaquin L.G. Salas__, United States Marshal.

By: _[signature]_
Deputy United States Marshal

Previous edition is obsolete and shall not be used

Form USM-190a
Est. 12/75, Rev. 3/00
Automated 3/00

# M/V Maru - #18

| Bid # | Amount |
|---|---|
| #3 | 1,000 |
| #2 | 3,000 |
| #1 | 15,000 |
| #3 | 16,000 |
| #1 | 25,000 |
| #3 | 26,000 |
| #1 | 30,000 |
| #3 | 31,000 |
| #1 | 35,000 |
| #3 | 36,000 |
| Shell → #1 | 40,000 |

# UNITED STATES MARSHALS SERVICE
## Districts of Guam and CNMI

### Sale for M/V GYOKO MARU NO. 18
### November 20, 2003 ( 1:30 P.M.)

| Company/Address | Representative | Contact Numbers |
|---|---|---|
| 1. Shell Guam Inc Chalan San Antonio | Steve Zamsky | 477-3637 |
| 2. ER-G Int. Inc | Robert Ho | 688-1288 |
| 3. CASAHAR | Mike Pablo | 472-1468 |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

# UNITED STATES MARSHALS SERVICE
## Districts of Guam and CNMI

### Sale for M/V GYOKO MARU NO. 18
### November 20, 2003 ( 1:30 P.M.)

| Company/Address | Representative | Contact Numbers |
| --- | --- | --- |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., ) | CIVIL CASE NO. CIV03-00021 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | AFFIDAVIT OF PUBLICATION |
| ) | |
| M/V GYOKO MARU NO. 18 ) | |
| and NIKKI SUISAN CORPORATION, ) | |
| a Japan corporation, ) | |
| ) | |
| Defendants. ) | |

GUAM USA         )
                 ) ss:
MUNICIPALITY OF HAGÅTÑA )

I, FAYE S. VASAPOLLI, first being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), a United States citizen, and not interested in the outcome of this case.

2. I am employed with the Pacific Daily News, a newspaper of general circulation in Guam USA.

COPY TO CLIENT
DATE : 11-25-03
BY : _____

Page 2
Affidavit of Publication
Shell Guam, Inc. v. M/V Tenryu Maru No. 28
District Court of Guam Civil Case No. CIV03-00020

3. That on **NOVEMBER 13, 2003, NOVEMBER 14, 2003, NOVEMBER 15, 2003, NOVEMBER 16, 2003, NOVEMBER 17, 2003,** and **NOVEMBER 18, 2003,** I caused to print and publish in the Classified Ads of said newspaper a true copy of the attached **NOTICE OF UNITED STATES MARSHAL'S SALE.**

FURTHER AFFIANT SAYETH NOT.

Dated this 24th day of November 2003.

*Faye S Vasapolli*
FAYE S. VASAPOLLI

SUBSCRIBED AND SWORN to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this 24th day of November 2003, by FAYE S. VASAPOLLI

*Marie T. Camacho*
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 8745 Hagåtña, Guam USA 96932

Z8(004-676)\P1,D\P#2086

[Newspaper page fragment — multiple partial advertisements and legal notices]

## (Left column fragments — job ad)

...ERY PERSON
...ENSE REQUIRED
...CE REQUIRED
...CATION SKILLS
...IENCE A PLUS

...stributors
...St. Dededo, GU

...ITY EMPLOYER



## REALTY




Thomas Zhang, *Realtor*

**TAMUNING APTS.**
6 UNITS FULLY OCCUPIED plus adjacent lot M-1 zoned land (847.61sm)
REDUCED TO
**$250,000**

**DEDEDO**
Machanaonao Duplex
2bd 1ba each
FULLY OCCUPIED
**$125,000**
currently $1000.00/m income

...MANAGEMENT
...EDUCATION
...DE
...am 96932
...ax: 472-5001

...N FOR BID
...05-2004

...22 Passengers
...chair lift - 5 each

...uesday, Nov. 19, 2003
...10:00 a.m.
...y, Nov. 28, 2003
...0 am

...Management, 2nd Floor,
...Guerrero / Administration

...S MAY PICK-UP BID
...CATIONS AT SAID
...CE.

...L PANGELINAN
...PPLY MANAGEMENT

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation,
Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES
MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

### GENERAL ORDER

ANG. 00-00014

The "Pacific Daily News", a newspaper of general circulation published in Hagatna, Guam, is designated the official newspaper of the court. Unless otherwise provided by order, every notice required to be published shall be published in the "Pacific Daily News."

District Court of Guam
Territory of Guam
Filed Sept. 29, 2000

---



DIRECTOR
Jose P. Marcello, Jr.
DEPUTY DIRECTOR
Michael C. James

## TATION TO RE-BID

...Camacho, the Guam Office of Homeland Security, and the Office of
...tor of the Department of Public Works, is soliciting bids for the
...erations Center (EOC) to accommodate the installation and operation
...secure communications equipment. EOC Secure Communications
...ect No. 410-5-1016(A)-F-AGH. Sealed bids in duplicate will be
...lic Works, Building "B", 2nd Floor, Contracts Administration Section
....m., November 20, 2003. Bids will be publicly opened and read
...division of Engineering Conference Room, 2nd Floor, Building "B",

...andar Days. All bids must be accompanied by a bid security in the
...nount. Bid security may be bid bond, certified check or cashier's check
...r of Guam. A *non-refundable amount of $75.00* is required as
...ments which can be obtained from the Department of Public Works,
...acts Administration Section - Technical Services commencing on

...ereby notifies all potential bidders that it will affirmatively insure that in
...t to this advertisement, minority business enterprises will be afforded full
...sponse to this invitation and will not be discriminated against on the
...al origin in consideration for an award.

...or all bids and to waive any imperfection in the bids in the interest of

...held on November 17, 2003 at 9:00 a.m. at the Division of
...nd Floor, Building "B", Department of Public Works. An investigation of
...to allow prospective bidders to familiarize themselves with the project's
...immediately after the pre-bid conference. All prospective bidders are

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V TENRYU MARU NO. 28,
Defendant.

CIVIL CASE NO. CIV03-00020

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14 (b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10 day of November 2003.

UNITED STATES MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIRO MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT 9:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490.

TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES
MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS



## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM



### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIRO MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

## IN THE SUPERIOR COURT OF GUAM

FAMILY FINANCE COMPANY, INC.,
A Guam Corporation,
Plaintiff,
v.
ALBERT C. MOJICA,
ROSALINE P. BAMBA, and
BRIGIDA C. MOJICA,
Defendants.

CIVIL CASE NO. CV0200-03

### ALIAS SUMMONS

TO THE WITHIN NAMED DEFENDANT: BRIGIDA C. MOJICA

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney, Oliver Weston Bordallo, whose office address is Suite 206A, Pacifica Plaza, 667 Marine Drive, Upper Tumon, Guam 96913, an answer to the Complaint herewith served upon you within thirty (30) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the Complaint.

RICHARD B. MARTINEZ
ACTING CLERK OF COURT

By: /s/ Glenric J. Mendiola
DEPUTY CLERK

---



CARGO VANS
BUYERS SPECIAL
$5,000 OFF

---



Pacific Resources for Education and Learning

### ADMINISTRATIVE ASSISTANT
Executive Office  #FY03-29

Office Administrative Assistant supports activities of the Executive [...] the PREL Scholars. The position requires a high degree of flexibility, experience in an executive office, and ability to multitask [...] tact, discretion, and confidentiality. High level PC skills, [...] and good communication skills essential. Preferred [...] proven high level secretarial or administrative experience. [...] located in our Honolulu office. Application review begins [...] 2003. Please submit resume and cover letter indicating [...] number.

Attn: Human Resources
Email: jobs@prel.org  Fax: (808) 441-1416
An Equal Opportunity Employer

[...] at www.prel.org or contact PREL's Service Center for detailed information on current vacancies.

---

### J&C TOURS GUAM INC.

[Gua]m's leader in the Tourism Business invites you to be part of our growing family.

#### TOUR DESK AGENT
Customer Relations • Willing to work flexible hours • [...] speak and read/write in Japanese is a plus • Possess [excell]ent interpersonal and organizational skills • Basic Computer Skills

#### RESERVATIONS AGENT
[M]otivated • Possess excellent interpersonal and [...] skills • Ability to speak and read/write in Japanese is a plus • Basic Computer Skills

#### OPERATION & COORDINATION STAFF
(Must have a valid Chauffeur's License)
Customer Relations • Willing to work flexible hours • Ability to speak in Japanese is a plus

[Full t]ime and Part Time Positions available.

EXCELLENT BENEFITS INCLUDE:
[Hour]ly Pay for Successful Applicants; Paid Vacation and [Lea]ve; Medical and Dental Insurance; Supplementary [401(k)] Profit Sharing Plan; Child Care Services; Holiday [Pa]y; Cafeteria Plan; Employee Discounts; Others Available.

[...] (no phone calls please) at the Human Resources [...] 200 Chichirica St., Tamuning, Guam [...]

[Deadli]ne for Application: November 18, 2003
(Tuesday), 5:00 pm

[...] (Guam), Inc. is an Equal Opportunity Employer.

---

### Guam's Complete Home Site.
homefinder.com



---

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM



### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V GYOKO MARU NO. 18
and NIKKI SUISAN CORPORATION,
a Japan corporation
Defendants.

CIVIL CASE NO. CIV03-00021

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: /s/

---

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM



### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V TENRYU MARU NO. 28,
Defendant.

CIVIL CASE NO. CIV03-00020

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatia, Guam USA this 10 day of November 2003

UNITED STATES MARSHAL SERVICE

By: /s/

HOME DELIVERY
Subscribe Today and Save 34% OFF The News Stand Price
Call Today! 472-1PDN

 Agana — Lin's Jewelry
 $139
 $49.99  Roo[m]
 16 in  Roo[m]
 $219  Roo[m]
Roo[m]
 US MADE 18 cu ft $599.99
 20 cu ft $699.99
 [INSU]LATION [PI]PING $599.99
$649.99
$799.99
$999.99

[Right side article excerpts:]
...port raises...
report released [...] $3.2 million in [...] "questioned" [...] federal funds by [...] agency's previous [...] to the project [...] release. The [...] the [...] following: [...] state that the inde[pendent audit]or had more detailed [...] the airport agency's [...] expense related to [...] of power generators [em]ployees after Super[ty]phoon [Pong]sona.

-free loans
[Indepen]dent report states that [empl]oyees were given in[terest-free lo]ans to help them pur[chase gener]ators that ranged from [$]487 to $10,722. [...] examined expenditures [...] 2002 when the airport [...]-Executive Manag[er Frank] Ingling's management. [...] airport management and [...]

## Therapist
rred

a & Spa
5
ort (3F)

## WAREHOUSE DELIVERY PERSON
- CHAUFFEURS LICENSE REQUIRED
- POLICE CLEARANCE REQUIRED
- GOOD COMMUNICATION SKILLS
- FORKLIFT EXPERIENCE A PLUS


Mid Pacific Distributors
370 Mendioka St. Dededo, GU
Fax 637-5832

**EQUAL OPPORTUNITY EMPLOYER**

## Build an exciting and challenging career with us!
CTSI Logistics is looking for qualified and experienced professionals.

### Driver / Shipper Coordinator
Must be a high school graduate with:
- A/B License
- Police and Court Clearance
- Training on Hazardous Materials, a plus
- Customer Oriented

If qualified, please submit your resume. We will not accommodate phone calls.

P.O. Box 8067
Tamuning, Guam 96931
Tel. No.: (1) 671-646-2853 to 54 · Fax No. (1) 671-646-2855
E-mail: ctsi@ctsiguam.com
www.ctsi-logistics.com



---

### MENT OF EDUCATION
P.O. Box DE
ana, Guam 96932
one: (671) 475-0457
: (671) 472-5003

LUIS S.N. REYES
Administrator,
Personnel Services Division

Opportunity Employer
wishes to announce **OPEN/COMPETITIVE** and
ion for the following position to establish a list:

**MATION OFFICER (2.520)**

Step 1-10, $28,678.00 - $43,018.00 Per Annum
Step 1-20, $28,678.00 - $60,681.00 Per Annum

ths

y of the Job Standard for this position at the
onnel Services Division. Applications will be
00 p.m., Monday through Friday, except holidays.
r office, located on the 1st floor of the Governor
gatña. Please call 475-0495 or come by and visit our

**LUIS S.N. REYES**
Administrator

---

### Hotel Front Staff
Day/Night Shift
Exp. Fidelio
Chauffeur License

**Alte Guam Resort Hotel**
637-5151


**JAVA JUNCTION**

NOW HIRING
Full/Part-time
**WAIT STAFF**
for Speciality Coffee Shop
Located in the Agaña Shopping Center

Contact John Crisostomo
472-8868
Police Clearance Required

---

### UNIVERSITY OF GUAM
### UNIBETSEDAT GUAHAN
### MANGILAO, GUAM

Paid with Government funds by University of Guam

The University of Guam is soliciting proposals for **Auditing Services**

The specifications, together with all the necessary response forms, are set forth in the **Request for Proposal No. UOG P02-04**. Copies of the specifications may be obtained at the **Consolidated Procurement Office located at the Administration Building, University of Guam, Mangilao.**

A pre-bid conference may be held on **Tuesday, December 2, 2003 at 9:00 am at the University of Guam President's conference room, Mangilao, Guam**, if requests are made by one or more interested offerors.

All sealed proposals should be submitted and received by the **Consolidated Procurement Office, on or before 12:00pm., Tuesday, December 9, 2003.**

/s/ **DR. HAROLD ALLEN**
President

---

Let the Pacific Daily News Classifieds Work for YOU!
Call **472-1PDN**
for more information
Pacific Daily News
www.guampdn.com

---

### Governor of Guam
x 2950 Hagåtña, Guam 96932
: (671) 477-4826 · EMAIL: governor@mail.gov.gu
Felix P. Camacho
Governor
Kaleo S. Moylan
Lieutenant Governor

**EVELOPMENT PROPOSALS
INESS PARK, GUAM U. S. A.**

uam is requesting interested developers to
he Mamajano Business Park located imme-
ism and commercial center. The Mamajanao
mately 35 acres of land located at Tamun-
ses on the site are a high school and an
on will be given to relocating existing uses
trate that the public interest will be better
nt of the property. The development of the
ieve Developer objectives and the following
ide financial resources for the construction,
cational facilities and to generate jobs and
the Guam economy. Prospective developers
e ability to develop the property to achieve
s may be picked up or mailed upon receipt of
of $250 US dollars, made payable by check,
he Guam Economic Development and Com-
ration, reproduction, handling and postage
ages can be obtained at the Guam Economic
ithority (GEDCA), located at Suite 226, ITC
e, Tamuning, Guam 96913, Monday through
veen 8:00 a.m. and 5:00 p.m. The deadline
DCA is **2:00 p.m., Monday, December 22.**
proposals must be in English and submitted
strator, GEDCA. For additional information,
istrator, GEDCA at (671) 647-4308 or 647-
649-4146. The government of Guam shall
d all proposals which have been submitted
r cancel this RFDP at any time, pursuant to
ment Regulation 3-301.04.2.

**MACHO, Governor of Guam**
aid by the Guam Economic Development & Commerce Authority

---

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

 **U.S. MARSHALS SALE** 

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V GYOKO MARU NO. 18
and NIKKI SUISAN CORPORATION,
a Japan corporation
Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, **NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS** to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10th day of November 2003.

UNITED STATES
MARSHAL SERVICE

---

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

 **U.S. MARSHALS SALE** 

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIRO MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, **NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS** to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES
MARSHAL SERVICE

---

### UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

 **U.S. MARSHALS SALE** 

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V TENRYU MARU NO. 28,
Defendant.

CIVIL CASE NO. CIV03-00020

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, **NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS** to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14 (b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10 day of November 2003
UNITED STATES MARSHAL SERVICE

**(Freelance)**

Primarily responsible for editing copy and writing headlines. Excellent skills in grammar, punctuation and spelling are required. Editing experience desired, as is familiarity with Macintosh computers and QuarkXpress. Must be able to work evenings and on weekends.

If interested, please send clips and resume to Rindraty Celes Limtiaco, Executive Editor or Edna Nery, Human Resources Director.

Application forms may be picked up at the

## Pacific Daily News

244 Archbishop Flores Street
Hagåtña, GU 96910
from Monday - Friday, 8am - 5pm

Federal law requires that anyone we hire be legally entitled to employment in the U.S. We comply with this law on a nondiscriminatory basis.

*We are an equal opportunity employer and appreciate the value of a diverse workforce.*

---

**Build an exciting and challenging career with us!**

**CTSI Logistics is looking for qualified and experienced professionals.**

## Driver / Shipper Coordinator

Must be a high school graduate with:

A/B License

Police and Court Clearance

Training on Hazardous Materials, a plus

Customer Oriented

*If qualified, please submit your resume. We will not accommodate phone calls*

P.O. Box 6067
Tamuning, Guam 96931
Tel. No. (1) 671-646-2853 to 54 • Fax No. (1) 671-646-2855
Email: ctsi@ctsiguam.com
www.ctsi-logistics.com

---

**Tumon Horizon Condominium**

- Centrally located • Near shopping mall, schools & business
- Minutes to beach • Furnished or not furnished
- 2 bedroom 1 bath, Central air-conditioning, kitchen, stove, refrigerator, microwave, dishwasher and garbage disposal, dining area & living room
- Laundry on premises • 2 swimming pools • Security

**Tel: (671) 649-9332**
Open Daily: 8am to 12noon-1pm to 5pm

---

## UNIVERSITY OF GUAM
## UNIBETSEDAT GUAHAN
### MANGILAO, GUAM

*Paid with Government funds by University of Guam*

The University of Guam is soliciting proposals for **Auditing Services**

The specifications, together with all the necessary response forms, are set forth in the **Request for Proposal No. UOG P02-04.** Copies of the specifications may be obtained at the **Consolidated Procurement Office located at the Administration Building, University of Guam, Mangilao.**

A pre-bid conference may be held on **Tuesday, December 2, 2003 at 9:00 am** at the **University of Guam President's conference room, Mangilao, Guam**, if requests are made by one or more interested offerors.

All sealed proposals should be submitted and received by the **Consolidated Procurement Office, on or before 12:00pm., Tuesday, December 9, 2003.**

/s/ **DR. HAROLD ALLEN**
**President**

---

The *Pacific Daily News* is now ONLINE.
• Local News • Lifestyle • Opinion
• Sports • Classifieds • National and International News Online

www.guampdn.com   Pacific Daily News

**FOR ADVERTISING OPPORTUNITIES Call: 477-9711 ext. 203**

---

**Air National Guard**
Serve your country and community part-time.
Learn career skills, get money for college, earn a regular paycheck.
Call 1-800-TO-GO-ANG.
Or visit www.GoANG.com.

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V TENRYU MARU NO. 28, Defendant.

CIVIL CASE NO. CIV03-00020

**NOTICE OF UNITED STATES MARSHAL'S SALE**

**BY VIRTUE OF AN ORDER OF SALE** issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14 (b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10 day of November 2003
UNITED STATES MARSHAL SERVICE

By: _____
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

**BY VIRTUE OF AN ORDER OF SALE** issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: _____
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

**U.S. MARSHALS SALE**

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V GYOKO MARU NO. 18
and NIKKI SUISAN CORPORATION, a Japan corporation Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

**BY VIRTUE OF AN ORDER OF SALE** issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: _____
JOAQUIN L.G. SALAS
United States Marshal

**EXCITING OPE[NINGS]**

Palace Hote[l]
professional[...]

Excelle[nt]
Landscaping[...]
Must be phys[ically...]
bush cutti[ng...]
knowledgea[ble...]
lawns. Th[...]
available fro[m...]

Responsibiliti[es...]
to hotel gu[ests...]
overall opera[tion...]
with[...]

Responsibiliti[es...]
and other ad[...]
with MS app[lications...]
envir[onment...]

Seeking exper[ienced...]
openings in[...]
Flexibility ar[...]

Applications [...]

Please subm[it...]
our Humar[...]
from 9:[...]
2:[...]
Resume[s...]
richar[d...]

Palace Hotel[...]

---

POSITION ANNOU[NCEMENT]

**DISTRICT COURT**
**DOCKET CLERK/GENER[ALIST]**

Court Personnel Sy[stem]
SALARY RANGE: $28,415 - $[...]
(Salary commensurate with applican[t...])

This position is located in the Clerk's Office o[f...] responsibilities of the docket clerk/generalist will include [...] docketing; calendaring; statistical reporting; assisting wi[th...] secretarial duties; filing; intake; processing appeals; and [...] requires a great deal of flexibility as the docket clerk/ger[...] clerical tasks in support of the Clerk's Office and Chamb[ers...]
Additional positions may be filled from this re[...]

**QUALIFICATIONS:**

This position requires a high school diploma, [...] years of general clerical or administrative experience an[d...] and/or financial experience. Education above the high s[chool...] substituted for the general experience on the basis of on[e...] experience.

**ADDITIONAL REQUIREMENTS:**

The ability to read, write, and comprehend th[e...] effectively; the ability to deal with people tactfully and co[...] experience in handling multiple workload demands; good [...] processing software. Experience with electronic spreads[heet...] software is preferred.

This position has varied responsibilities and r[...] ability to work and complete projects with minimal superv[...] professional demeanor, good judgment, and be a team p[layer...]

**APPLICATION PROCEDURE:**

Applicants should submit a completed AO 78 [...] and cover letter to:

**CLERK OF COURT**
**DISTRICT COURT O[F...]**
**U.S. COURTHOUSE,[...]**
**520 W. SOLEDAD AV[E...]**
**HAGATNA, GUAM  [...]**

**CLOSING DATE FOR APPLICATIONS: NOVEMBE[R...]**

The AO 78 (Application for Employment) is ava[ilable...] at http://www.gud.uscourts.gov/forms.htm

**INFORMATION FOR APPLICANTS:**

The final candidate will be subject to a backgro[und check with...] agencies. The United States District Court requires emplo[yees...] is available upon request. All District Court employees are [...] pleasure of the Court. The Federal Financial Reform Act [...] court employees. You may view this vacancy announcem[ent...]

http://www.gud.uscou[rts.gov...]

**THE U.S. DISTRICT COURT IS AN EQUAL [OPPORTUNITY EMPLOYER]**




### INSTRUCTOR F/T
Firearm I.D. & D/L Req. No experience necessary. Apply at **Western Frontier Village** Next to Reef Hotel, Tumon

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

★ **U.S. MARSHALS SALE** ★

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation
Defendants.

CIVIL CASE NO. CIV03-00021

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE
By: 
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

★ **U.S. MARSHALS SALE** ★

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V HIRO MARU NO. 11, Defendant.

CIVIL CASE NO. CIV03-00019

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE
By: 
JOAQUIN L.G. SALAS
United States Marshal

---

**UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM**

★ **U.S. MARSHALS SALE** ★

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC., Plaintiff,
vs.
M/V TENRYU MARU NO. 28, Defendant.

CIVIL CASE NO. CIV03-00020

**NOTICE OF UNITED STATES MARSHAL'S SALE**

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925, Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14 (b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10 day of November 2003

UNITED STATES MARSHAL SERVICE
By:
JOAQUIN L.G. SALAS
United States Marshal

---

**NOTICE OF SALE UNDER MORTGAGE**

NOTICE IS HEREBY GIVEN, pursuant to Section 2932 of the Civil Code of Guam, as codified by 18 GCA §36113, that the Mortgage executed and delivered by TAKEO MASUDA and KIMIKO MASUDA as Mortgagors, to BANK OF HAWAII, as Mortgagee, dated October 23, 1991, and recorded on October 24, 1991, with Department of Land Management, Government of Guam, Office of the Recorder, as Instrument No. 461980, will be foreclosed pursuant to a power of sale contained in the Mortgage by sale of the premises encumbered by such Mortgage, as hereinafter described, WITHOUT WARRANTY BEING GIVEN, to the highest bidder at public auction at the Mayor's Office, Tamuning, Guam, at 9:00 a.m., on December 1, 2003, to satisfy the amount due on such Mortgage on the day of sale. The terms of the sale are strictly cash, certified or cashier's check. The premises that are described in such Mortgage and that will be sold to satisfy the Mortgage are as follows: Apartment Number 302 (the "Apartment") of those certain premises comprising the VILLA DE COCO Project, situated on Lot Number 5114#1-5-R1NEW, (Consolidation of Lots 5114#1-5-R1, 5114#1-6-R1 and 5114#1-R9NEW-R1, formerly known as Lot 5114#2-R9NEW-A-A2)MUNICIPALITY OF TAMUNING, (Formerly of DEDEDO), Guam. The Project having been established as a horizontal property regime by the Declaration and Bylaws filed in the office of the Recorder, Guam, under pursuant to the provisions of the Act, as shown on condominium Map No. 081 and as further described in the Mortgage and Notice of Default and Election to Sell Under Mortgage recorded in the Department of Land Management, Government of Guam, on August 18, 2003, as Instrument No. 679774.

The undersigned are attorneys for the lawful owner of such Mortgage and the Note secured thereby. The Mortgagors have defaulted in the performance of the terms and conditions of the Note and Mortgage, and BANK OF HAWAII claims all of the principal in the sum of ONE HUNDRED SIXTY-FOUR THOUSAND FOUR HUNDRED NINETY-SIX AND 15/100 DOLLARS ($164,496.15), and interest in the sum of EIGHT THOUSAND FIVE HUNDRED SEVENTY-EIGHT AND 86/100 DOLLARS ($8,578.86) as of October 29, 2003, and late charges to be paid on the Mortgage, plus interest accrued upon the unpaid principal thereon at the adjustable rate of three percentage points (3.00%) above the Current Index per annum, from and after October 29, 2003, together with costs of sale and attorney fees.

The undersigned reserves the right to withdraw this notice, to reject any bid or to accept only the highest bid, and to postpone the sale from time to time. This Notice is made for the purpose of collecting a debt and any information obtained by the undersigned will be used for that purpose.

DATED this 30th day of October 2003.
CARLSMITH BALL LLP
/by/ MEREDITH M. SAYRE
4th Flr., Bank of Hawaii Bldg.
Post Office Box BF
Hagåtña, Guam 96932
Attorneys for Bank of Hawaii
GUAM, U.S.A.
Municipality of Hagåtña

On this 30th day of October, 2003, before me, a notary public in and for Guam, U.S.A., personally appeared MEREDITH M. SAYRE, known to me to be the person whose name is subscribed to the foregoing NOTICE OF SALE UNDER MORTGAGE, and acknowledged to me that she signed it voluntarily for its stated purpose as attorney for BANK OF HAWAII.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

/s/MARY P. QUINATA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: April 11, 2005
P.O. BOX BF, Hagåtña, Guam 96932

guampdn.com Pacific Daily News, Tuesday, November 18, 2003

50

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation
Defendants.

CIVIL CASE NO. CIV03-00021

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Gyoko Maru No. 18, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 1:30 O'CLOCK P.M., THE VESSEL, M/V GYOKO MARU NO. 18, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V GYOKO MARU No. 18 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid shall be paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V TENRYU MARU NO. 28,
Defendant.

CIVIL CASE NO. CIV03-00020

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Tenryu Maru No. 28, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 11:00 O'CLOCK A.M., THE VESSEL, M/V TENRYU MARU NO. 28, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Tenryu Maru No. 28 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14 (b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagåtña, Guam USA this 10 day of November 2003.

UNITED STATES MARSHAL SERVICE

By: /s/ JOAQUIN L.G. SALAS
United States Marshal

---

## UNITED STATES MARSHALS SERVICE DISTRICT OF GUAM

### U.S. MARSHALS SALE

IN THE DISTRICT COURT OF GUAM

SHELL GUAM, INC.,
Plaintiff,
vs.
M/V HIRO MARU NO. 11,
Defendant.

CIVIL CASE NO. CIV03-00019

NOTICE OF UNITED STATES MARSHAL'S SALE

BY VIRTUE OF AN ORDER OF SALE issued out the above entitled Court dated November 3, 2003, and commanding me to make sale of the vessel, M/V Hiro Maru No. 11, her rigging, tackle, apparel, furniture, engines, net and fishing gear and all other necessaries thereto appertaining and belonging, NOTICE IS HEREBY GIVEN THAT ON NOVEMBER 20, 2003 AT THE HOUR OF 10:00 O'CLOCK A.M., THE VESSEL, M/V HIRO MARU NO. 11, WILL BE SOLD AT PUBLIC AUCTION AS IS WHERE IS to the highest and best bidder. The vessel, M/V Hiro Maru No. 11 may be inspected by contacting Oceaneer Enterprises, Inc. at Suite 113, 1026 Cabras Highway, Piti, Guam USA 96925. Telephone: (671) 477-9490. TERMS: A deposit of 10% cash or certified check for the amount bid shall be paid on the date of sale, upon condition that the balance of the bid is paid as provided in Local Admiralty Rule 14(b) and upon condition the deposit shall be forfeited by the bidder and applied to the cost of this action if the balance of the bid is not paid when due. Plaintiff Shell Guam, Inc. in this action is authorized to bid any part of its Judgment lien and costs without mailing a deposit to secure its bid. Dated at Hagatna, Guam USA this 10th day of November 2003.

UNITED STATES MARSHAL SERVICE

By:

---

## IN THE SUPERIOR COURT OF GUAM

IN THE MATTER OF THE ESTATE OF MARY GONZALES MANDELL, Deceased.

PROBATE CASE NO. PRO122-03

NOTICE TO CREDITORS

Notice is hereby given by the undersigned MARY ANTOINETTE M. PALAD, Administratrix of the estate of Mary Gonzales Mandell, to the creditors of, and all persons having claims against the said estate or against said deceased, that within sixty (60) days after the first publication of this notice, they either file them with necessary vouchers in the Office of the Clerk of the Superior Court of Guam, or exhibit them with the necessary vouchers to the said MARY ANTOINETTE M. PALAD, Administratrix at c/o 238 Archbishop Flores St., Ste. 903, Hagåtña, Guam 96910-5205, the same being the place for the transaction of said estate. Dated this 13th day of November, 2003.

/s/ MARY ANTOINETTE

---

# COMPADRES MALL SPACES FOR RENT

2,000 sq. ft. (Restaurant Space)
20,000 Sq. ft. can be sub-divided into 2-10,000 sq. ft. for warehouse space or retail space.
Bar/Billiards for sale (best offer)

A/C, 100% Back-up Generator, Security, etc...

Call Madi at (671) 635-3094/5
Fax: (671) 632-3678
E-mail: rumc@ite.net

---

## HOUSES FOR SALE

### VACANT LOTS

| | | |
|---|---|---|
| Bucolic, quiet neighborhood w/ utilities | 1,858 | $29,875 |
| (Central Village w/ underground utilities | | |
| Lot 5-R1 Loreta Street, 2 blks. to Sta. Barbara Church | | 26,995 |
| near baseball park, w/ 2 Br cottage | 939 | 39,995 |
| Lot 22-1, San Miguel St. & Cabrera Lane | 929 | 25,000 |
| Off Chapel Rd. Lot 2344 | 1,680 | 26,995 |
| Lot No. 2901-NEW-2 | 929 | 29,000 |
| Lot 2101-NEW-1 w/ unfinished concrete house | 929 | 35,000 |
| Lot 2101-NEW-R3 w/ unfinished concrete house | 1,837 | 55,000 |

### LAND

---




Century 21 COMMONWEALTH REALTY
SALESPERSON OF THE WEEK — Chris Taylor

Free Real Estate
Saturday: 10:00
Sout





Barrigada Hgts $160k | Barrigada $145k | Yona $350k | Yigo 4BR/2BA $140k

### COMMERCIAL
**DEDEDO:** Printing business for sale w/inventory & printing machines. Building includes 2BR apt. $395,000 (3735)

### RENTAL
$400 & up studio/1BR w/city & oceanview

### CONDO
**TAMUNING:** Sunset Court; 2BR & 3BR, central a/c, stove, ref. ($37,000-$49,000) 8 units $49,000 (3708)
**TUMON:** Spacious 3BR/2BA condo in the heart of Pleasure Island in Tumon Bay. $110,000 (3807)

### SFD
**BARRIGADA:** Well maintained 3BR/1.5BA, built-in entertainment cabinet in living room. $145,000 (3803)
**DEDEDO:** 3BR/2BA, 2 story home on 1/2 acre lot on top of Wusstig area. $250,000 (3798)
**MANGILAO:** Big 6 yr old duplex in Adacao. 2BR/2BA, on each side. 2,036sf of living area on 1,060sm lot. $149,000 (3771)
**WINDWARD:** 4BR/3BA close to golf course. Property is

---

Sta. Rita (Centra
Lot 8 block 11,
Santa Rita (Adj
Southern HS & T
Lot 238-2A-2- 8
Lot 14, Pale Fer
Lot 6, Pale Ferd
Lot 7, Pale Ferd
Lot 4-1, San Isi
Lot 4-R1, San Is
scenic Namo Fa
Lot 5, San Isidro
scenic Namo Fa
Lot 20, San Isidr
scenic Mt. Alifan
Lot 10-R1, San
scenic Namo Riv
Lot 238-6, Sta. L
Lot 238-8, Sta. L
elevated riverfro
Lot 239-R9, Sta.
scenic view

CALL:

**AGANA HGT:** Shrine Club, gr
**INARAJAN:** 6, w/utilities nearb
**TALOFOFO:** L development la
**TAMUNING:** R a brand new co
**YIGO:** Marine 49,375sm, com
**YIGO:** Nice lot Dr. $139,000 (3
**YIGO:** 3,335 sr price is based on
**AGAT:** 1,907sn oceanfront prop



!! PAY
WA

LAW F
time F
clerical

---

# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** SHELL GUAM, INC. | **COURT CASE NUMBER** CIV 03-00021 |
| **DEFENDANT** M/V GYOKO MARU NO. 18, et al. | **TYPE OF PROCESS** SALE OF VESSEL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V GYOKO MARU NO. 18

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
PORT AUTHORITY OF GUAM
PITI, GUAM USA 96915

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagatna, Guam USA 96910

| | |
|---|---|
| Number of process to be served with this Form - 285 | ONE (1) |
| Number of parties to be served in this case | ONE (1) |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

By Order dated November 3, 2003, Defendant M/V Gyoko Maru No. 18 shall be sold on November 20, 2003 at the hour of 1:30 o'clock p.m. at the steps of the District Courthouse, Hagatna, Guam.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
STEVEN A. ZAMSKY, ESQ.
TELEPHONE NUMBER: (671) 477-3637
DATE: November 5, 2003

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | ONE (1) | No. 093 | No. 093 | [signature] | 11/07/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/20/03   Time: 1:30 ☒pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | 0 | 3,459.24 |

**REMARKS:** Vessel was sold on 11/20/03, 1:30 pm for the amount of $40,000.00 to Shell Guam.

---

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285