Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
DEC 15 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | |
| vs. | ORDER CONFIRMING SALE OF DEFENDANT VESSEL M/V GYOKO MARU NO. 18 |
| M/V GYOKO MARU NO. 18 and NIKKI SUIAN CORPORATION, a Japanese corporation, | |
| Defendants. | |

This cause having come before this Court without hearing, upon the United States Marshal's return, and upon Plaintiff Shell Guam, Inc.'s Motion for Confirmation of Sale of Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, made on November 20, 2003 and, it appearing from the United States Marshal's return that said Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, were sold at the time and place advertised for the sum of $40,000.00 which was the highest and best bid offered at said sale, and the highest bidder was Plaintiff Shell Guam, Inc., and this Court being satisfied in all respects that the aforesaid sale was regularly and fairly conducted; NOW THEREFORE it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the sale of Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, by the United States Marshal on the 20th day of November 2003 to Plaintiff Shell Guam, Inc., be and the same hereby is approved and confirmed in all respects; and it is further

**ORDERED, ADJUDGED, AND DECREED** that any unspent deposits made by Plaintiff Shell Guam, Inc. to the United States Marshal's Service be paid to Plaintiff Shell Guam, Inc.; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the United States Marshal by Bill of Sale, a proper legal conveyance of the Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, so sold be made, executed and delivered by the United States Marshal's Service for the District of Guam USA to Shell Guam, Inc., a Guam corporation, and the aforesaid Defendant Vessel M/V Gyoko Maru No. 18 be turned over to Shell Guam, Inc.

SO ORDERED this 15th day of December 2003.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Z8(004.676)\PLD\P#2084

RECEIVED
DEC 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM