Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile: (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
DEC 15 2003
MARY L. M. MORAN
CLERK OF COURT

35

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan Corporation, <br><br> Defendants. | CIVIL CASE NO. CIV03-00021 <br><br> CERTIFICATION OF ORDER CONFIRMING SALE OF DEFENDANT VESSEL M/V GYOKO MARU NO. 18 |

I, the undersigned Deputy Clerk for the United States District Court of Guam, do hereby certify that the attached Order Confirming Sale of Defendant Vessel M/V Gyoko Maru No. 18 is a true and correct copy of the original on file with this Court.

Dated this **15th** day of **December 2003**.

MARY L.M. MORAN
CLERK OF COURT

By: _____
DEPUTY CLERK

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this **15th** day of **December 2003**, by **Walter Tenorio**.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2110

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> M/V GYOKO MARU NO. 18 and NIKKI SUIAN CORPORATION, a Japanese corporation, <br><br> Defendants. | CIVIL CASE NO. CIV03-00021 <br><br> ORDER CONFIRMING SALE OF DEFENDANT VESSEL M/V GYOKO MARU NO. 18 |

This cause having come before this Court without hearing, upon the United States Marshal's return, and upon Plaintiff Shell Guam, Inc.'s Motion for Confirmation of Sale of Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, made on November 20, 2003 and, it appearing from the United States Marshal's return that said Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, were sold at the time and place advertised for the sum of $40,000.00 which was the highest and best bid offered at said sale, and the highest bidder was Plaintiff Shell Guam, Inc., and this Court being satisfied in all respects that the aforesaid sale was regularly and fairly conducted; NOW THEREFORE it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the sale of Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, by the United States Marshal on the 20th day of November 2003 to Plaintiff Shell Guam, Inc., be and the same hereby is approved and confirmed in all respects; and it is further

**ORDERED, ADJUDGED, AND DECREED** that any unspent deposits made by Plaintiff Shell Guam, Inc. to the United States Marshal's Service be paid to Plaintiff Shell Guam, Inc.; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the United States Marshal by Bill of Sale, a proper legal conveyance of the Defendant Vessel M/V Gyoko Maru No. 18, her engines, machinery, fittings, tackle, and all other appurtenances thereto belonging, so sold be made, executed and delivered by the United States Marshal's Service for the District of Guam USA to Shell Guam, Inc., a Guam corporation, and the aforesaid Defendant Vessel M/V Gyoko Maru No. 18 be turned over to Shell Guam, Inc.

SO ORDERED this 15th day of December 2003.

/s/ John S. Unpingco

**HONORABLE JOHN S. UNPINGCO**
**Chief Judge, District Court of Guam**

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam

By: /s/ Walter M. Tenorio
Deputy Clerk

Z8(004.676)\PLD\P#2084