Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
DEC 15 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | |
| vs. | CERTIFICATION OF ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST |
| M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan Corporation, | |
| Defendants. | |

I, the undersigned Deputy Clerk for the United States District Court of Guam, do hereby certify that the attached Order of Issuance of Process of Maritime Attachment and Arrest is a true and correct copy of the original on file with this Court.

Dated this **15th** day of **December 2003**.

MARY L.M. MORAN
CLERK OF COURT

By: _____
DEPUTY CLERK

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this **15th** day of **December 2003**, by **Walter Tenorio**.

_____
NOTARY PUBLIC

MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2107

Case 1:03-cv-00021   Document 36   Filed 12/15/2003   Page 1 of 3

Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JUN 1 6 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, Plaintiff, vs. M/V GYOKO MARU NO. 18, and NIKKI SUISAN CORPORATION, a Japan corporation, Defendants. | CIVIL CASE NO. CIV 03-00021<br><br>ORDER OF ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND ARREST |

Upon reading the Verified Complaint *In Rem* and *In personam* and Motion for Issuance of Process of Maritime Arrest filed herein, and supporting Request for Review and Affidavit and good cause appearing therefor, it is this 16th day of June 2003, by the United States District Court for the District of Guam USA:

**ORDERED**:

1. The Clerk of this Court is authorized and directed to issue a Warrant for Arrest of the Vessel Gyoko Maru No. 18;

Page 2
Order of Issuance of Process of Maritime Attachment and Arrest
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al

2. The United States Marshall is directed to serve the Warrant for Arrest as provided by law;

3. Captain Jurgen Unterberg is appointed to act as custodian and to take possession of the Vessel Gyoko Maru No. 18; and

4. The sole responsibility of the United States Marshall is to serve the warrant and that the United States Marshall shall have no responsibility or liability respecting the custody of the Vessel Gyoko Maru No. 18; and it is further

**ORDERED**, that any person claiming an interest in the property arrested pursuant thereto may, upon a showing of any improper practice or a manifest want of equity on the part of the Plaintiff Shell Guam, Inc., be entitled to an order requiring the Plaintiff Shell Guam, Inc. to show cause forthwith why the arrest should not be vacated or other relief granted.

SO ORDERED this 6th day of June 2003.

/s/ John S. Unpingco

HONORABLE JOHN S. UNPINGCO
Chief Judge

Z8(004.696)\PLD\P#1910

I hereby certify that the annexed instrument is a true copy of the original on file in my office.
ATTEST: CLERK OF COURT
District Court of Guam
Territory of Guam
/s/ Walter M. Tenorio
By:_____
Deputy Clerk