Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
JAN 29 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | |
| vs. | REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT NIKKI SUISAN CORPORATION |
| M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, | |
| Defendants. | |

TO: MARY L.M. MORAN
CLERK OF COURT
DISTRICT COURT OF GUAM

You will please enter a default of **Defendant Nikki Suisan Corporation** for failure to plead or otherwise defend as provided by FRCP Rule 55(a) and as it appears in the Affidavit of Steven A. Zamsky and the Affidavit of Akihiro Tani filed herewith.

Dated this 28th day of **January 2004**.

ZAMSKY LAW FIRM
Attorneys for Plaintiff Shell Guam, Inc.

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2122

ORIGINAL