Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18<br>and NIKKI SUISAN CORPORATION,<br>a Japan corporation,<br><br>Defendants. | CIVIL CASE NO. CIV03-00021<br><br>AFFIDAVIT OF STEVEN A. ZAMSKY<br>IN SUPPORT OF REQUEST FOR ENTRY<br>OF DEFAULT AS TO DEFENDANT<br>NIKKI SUISAN CORPORATION |

GUAM U.S.A.            )
                       ) ss:
MUNICIPALITY OF HAGÅTÑA )

STEVEN A. ZAMSKY, being first duly sworn, depose and say as follows:

1.  I am the attorney of record for Plaintiff Shell Guam, Inc. herein which is asking that Judgment be entered in favor of Plaintiff Shell Guam, Inc..

2.  I make this Affidavit pursuant to FRCP Rule 55(a) and in support of the Request for Entry of Default of Defendant Nikki Suisan Corporation filed herewith and for entry of Judgment.

Page 2
Affidavit of Steven A. Zamsky in Support of Request for Entry of Default as to Defendant Nikki Suisan Corporation
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

3. Pursuant to the Hague Convention, my office caused to mail via registered mail, return receipt requested and postage prepaid, 1) original Summons and one copy; 2) two copies of the Verified Complaint *In Rem* and *In Personam*; 3) Summary of Document to be Served; and 4) Request for Service Abroad of Judicial or Extrajudicial Documents on September 4, 2003 to the Ministry of Foreign Affairs, 2-2-1 Kasumigaseki, Chiyoda-Ku, Tokyo 100-8919, Japan, which was received by said office on September 9, 2003. A copy of the returned receipt is attached hereto marked **Exhibit "A"**.

4. On January 21, 2004 my office received, via registered mail, the Certificate proving service on **December 1, 2003** of the Verified Complaint *In Rem* and *In Personam* and Summons which were personally served on **Yasuo Hatayama, the President of Defendant Nikki Suisan Corporation, at the Nihon Odori-9, Naka-Ku, Yokohama-shi, Yokohama District Court, 6th Civil Division, Secretary**. This original Certificate and the accompanying documents are attached hereto marked **Exhibit "B"**.

5. On January 26, 2004 I requested a handwritten translation of the Certificate through Akihiro Tani. Mr. Tani's Affidavit is filed herewith.

6. No party is known to have an interest in said Vessel. I have had no contact from any potential claimant.

///

///

///

Page 3
Affidavit of Steven A. Zamsky in Support of Request for Entry of Default as to Defendant Nikki Suisan Corporation
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

7. Defendant Nikki Suisan Corporation has not answered or otherwise pled and the time for Defendant Nikki Suisan Corporation to answer or otherwise plead have not been extended.

8. Defendant Nikki Suisan Corporation is neither an infant or incompetent person.

9. Entry of Default against Defendant Nikki Suisan Corporation should be entered as provided in said Rule.

**FURTHER THE AFFIANT SAYETH NAUGHT.**

Dated this 28th day of **January 2004**.

_____
STEVEN A. ZAMSKY, AFFIANT

**SUBSCRIBED AND SWORN** to before me, the undersigned Notary Public, duly sworn and commissioned in and for Guam USA, this 28th day of **January 2004** by **STEVEN A. ZAMSKY**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2123



# EXHIBIT "A"

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorite soussignee a l'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

**1) that the document has been served ***
*1. que la demande a execute*
   -the (date)   -le (date)   平成15年12月1日
   -at (place, street, number) -a (loralni. rue numbo)   横浜市中区日本大通9　横浜地方裁判所第6民事部書記官室

--in one of the following methods authorized by article 5-
*--ons une desjormes suivanies privues it l'article 5*

   ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*~~
   *a) selon les formes agales (artirle 5. alinea premier, letire a)*

   ~~(b) in accordance with the following particular method:~~
   *b) selon lojorme particuliere suivante:*

   ☒ (c) by delivery to the addressee, who accepted it voluntarily.*
   *c) par remijesiniple*

The documents referred to in the request have been delivered to:
*Les documents mentionnes dans la demande ont ete remis a*

   -(identity and description of person)
   -*fidentai ei qualit; de la pervonne)*
   畑山保男

   -relationship to the addressee family, business or other
   -*liens de parente de subordination ou outres. avec le desitruiraire de l'acte*
   有限会社　ニッキ水産　代表者取締役

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement*
*Conformement a l'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de l'execution:*
送達報告書　履歴事項全部証明書
印鑑証明書写し　運転免許証写し

Done at 神奈川県, the 2003.12.11
*Fait 'a*, *le*

Signature and/or stamp.
*Signature et/ou cachet.*
横浜地方裁判所第6民事部
裁判所書記官　齋藤義之

# EXHIBIT "B"

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| Steven A. Zamsky, Esq.<br>ZAMSKY LAW FIRM<br>Suite 805, GCIC Building<br>414 West Soledad Avenue<br>Hagatna, Guam USA 96910<br>Telephone: (671) 477-3637<br>Facsimile: (671) 472-1584 | MINISTRY OF FOREIGN AFFAIRS<br>2-2-1 Kasumigaseki<br>Chiyoda Ku<br>Tokyo 100-8919<br>Japan |

**NOTE: SERVICE REQUESTED PURSUANT TO FRCP 4(c)(2) U.S. FEDERAL RULES OF PROCEDURES**
The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir:*
(identite et adresse)

NIKKI SUISAN CORPORATION, A JAPAN CORPORATION
3-4 Sachigaoka, Asahi-Ku, Yokohama, Japan

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes legales (article 5 alinea premier, lettre a).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate* a provided on the reverse side.
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents
*Enumuration der pieces*

Original Summons
Copy Summons
2 copy Complaint

Done at Hagatna, Guam USA the 04 Sept. 2003
*Fait 'a_____, le_____*

Signature and/or stamp
*Signature et/ou cachet*

STEVEN A. ZAMSKY, ESQ.
ZAMSKY LAW FIRM

*Delete if inappropriate
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

ORIGINAL

平成 15 年（ヱ）第 30 号

# 送 達 報 告 書

送達書類　（1）　文書の要領（SUMMARY）

　　　　　（2）　SUMMONS IN A CIVIL ACTION

　　　　　（3）　VERIFIED COMPLAINT IN REM and IN PERSONAM

受送達者　NIKKI SUISAN CORPORATION

上記書類は，平成 15 年 12 月 1 日午前・午後 2 時 20 分

受送達者の　有限会社 ニッキ水産　代表者取締役　畑山 保男

に対して，当庁においてこれを交付して送達した。

前同日

横浜地方裁判所第6民事部

　　　　裁判所書記官　　　脇　理　香

　　　　書類受領者

横浜市中区太田町六丁目82番地
有限会社 ニッキ水産
取締役 畑山保男

履歴事項全部証明書

横浜市中区太田町六丁目８２番地
有限会社ニッキ水産
会社法人等番号　０２００－０２－０２２１４６

| 商　号 | 有限会社ニッキ水産 | |
|---|---|---|
| 本　店 | 横浜市旭区さちが丘４６番地７ | |
| | 横浜市旭区さちが丘３番地４ | 平成１２年１２月１４日移転 |
| | | 平成１２年１２月２０日登記 |
| | 横浜市中区太田町六丁目８２番地 | 平成１５年　２月２６日移転 |
| | | 平成１５年　３月　４日登記 |
| 会社成立の年月日 | 平成６年７月１４日 | |
| 目　的 | 1．生鮮並びに冷凍魚介類の輸出入及び販売<br>2．水産物の加工及び販売<br>3．餌料並びに漁業用資材の輸出入及び販売<br>4．漁業<br>5．船舶・不動産の売買、賃貸、仲介及び管理<br>6．前記各号に附帯する一切の業務 | |
| 出資１口の金額 | 金５万円 | |
| 資本の総額 | 金５００万円 | |
| 役員に関する事項 | 東京都町田市原町田一丁目２４番２号<br>取締役　　　原　田　周　英 | |
| | | 平成１５年　２月２６日辞任 |
| | | 平成１５年　２月２７日登記 |
| | 東京都町田市原町田一丁目２４番２号<br>取締役　　　原　田　英　子 | |
| | | 平成１５年　２月２６日辞任 |
| | | 平成１５年　２月２７日登記 |
| | 横浜市鶴見区東寺尾一丁目６番１４号<br>取締役　　　畑　山　保　男 | 平成１５年　２月２６日就任 |
| | | 平成１５年　２月２７日登記 |

整理番号　オ４４３７８８　　＊　下線のあるものは抹消事項であることを示す。　　　　１／２

Case 1:03-cv-00021　　Document 38　　Filed 01/29/2004　　Page 8 of 12

横浜市中区太田町六丁目82番地
有限会社ニッキ水産
会社法人等番号　0200-02-022146

|  | 代表取締役　　原田　周芙 |
|---|---|
|  | 平成15年　2月26日退任 |
|  | 平成15年　2月27日登記 |
| 登記記録に関する事項 | 平成元年法務省令第15号附則第3項の規定により<br>平成　8年12月　5日移記 |

これは登記簿に記録されている閉鎖されていない事項の全部であることを証明した書面である。
　　　　平成15年　6月23日
　　　横浜地方法務局
　　　登記官　　　　　　　　　　　及　川　まさえ

整理番号　オ443788　　＊　下線のあるものは抹消事項であることを示す。　　2／2

現在事項全部証明書

横浜市中区太田町六丁目８２番地
有限会社ニッキ水産
会社法人等番号　０２００－０２－０２２１４６

| 商　号 | 有限会社ニッキ水産 | |
|---|---|---|
| 本　店 | <u>横浜市旭区さちが丘３番地４</u> | 平成１２年１２月１４日移転 |
| | | 平成１２年１２月２０日登記 |
| | 横浜市中区太田町六丁目８２番地 | 平成１５年　２月２６日移転 |
| | | 平成１５年　３月　４日登記 |
| 会社成立の年月日 | 平成６年７月１４日 | |
| 目　的 | １．生鮮並びに冷凍魚介類の輸出入及び販売<br>２．水産物の加工及び販売<br>３．餌料並びに漁業用資材の輸出入及び販売<br>４．漁業<br>５．船舶・不動産の売買、賃貸、仲介及び管理<br>６．前記各号に附帯する一切の業務 | |
| 出資１口の金額 | 金５万円 | |
| 資本の総額 | 金５００万円 | |
| 役員に関する事項 | 横浜市鶴見区東寺尾一丁目６番１４号<br>取締役　　　　畑　山　保　男 | 平成１５年　２月２６日就任 |
| | | 平成１５年　２月２７日登記 |

これは登記簿に記録されている現に効力を有する事項の全部であることを証明した書面である。
　　　平成１５年１０月２２日
　　　横浜地方法務局
　　　登記官　　　　　　　　　及　川　まさえ

整理番号　オ５９０７００　　＊　下線のあるものは抹消事項であることを示す。　　　１／１

# 印 鑑 証 明 書



会社法人等番号　０２００－０２－０２２１４６



商　　　号　　　　有限会社ニッキ水産

本　　　店　　　　横浜市中区太田町六丁目８２番地

取　締　役　　　　畑　山　保　男

昭和１９年　６月　１日生



これは提出されている印鑑の写しに相違ないことを証明する。
　　平成１５年１０月２２日
　　横浜地方法務局
　　登記官　　　　　　　　　　　及　川　ま　さ　光



整理番号　オ５９０６９９

この証明書には、すかしが入っており、コピーすると複製の文字が写ります。

Case 1:03-cv-00021    Document 38    Filed 01/29/2004    Page 11 of 12

