Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., | CIVIL CASE NO. CIV03-00021 |
| Plaintiff, | |
| vs. | AFFIDAVIT OF AKIHIRO TANI IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT NIKKI SUISAN CORPORATION |
| M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, | |
| Defendants. | |

GUAM USA                )
                        ) ss:
MUNICIPALITY OF HAGÅTÑA )

**AKIHIRO TANI**, first being duly sworn, depose and say as follows:

1. I am over the age of majority, a Japanese citizen and a permanent resident of Guam USA and not interested in the outcome of this case.

2. I speak English and Japanese and am fluent in both languages.

3. I have personal knowledge of all matters set forth herein and if called to testify as to said matters I could and would competently do so.

Page 2
Affidavit of Akihiro Tani in Support of Request for Entry of Default as to Defendant Nikki Suisan Corporation
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

4. Attached hereto are my handwritten translation of the one page document in Japanese.

5. It says that the documents were delivered to Mr. Yasuo Hatayama (which can also be translated as Yasuo Hatakeyama) who is the President of Nikki Suisan Corporation on December 1, 2003.

FURTHER THE AFFIANT SAYETH NOT.

Dated this 28th day of **January 2004**.

_____
AKIHIRO TANI

**SUBSCRIBED AND SWORN** to before me the undersigned Notary Public, duly sworn and commissioned in and for Guam USA this 28th day of **January 2004**, by **AKIHIRO TANI**.

_____
NOTARY PUBLIC



MARIE T. CAMACHO
NOTARY PUBLIC
In and for Guam USA
My Commission Expires: February 10, 2007
My Commission Number: NP#03-0004
Post Office Box 3745 Hagåtña, Guam USA 96932

Z8(004.676)\PLD\P#2121

平成 15 年（ワ）第 30 号

送達報告書
report of service of summons

送達書類　(1) 文書の要領 (SUMMARY)
documents delivered　(2) SUMMONS IN A CIVIL ACTION
　　　　　　(3) VERIFIED COMPLAINT IN REM and IN PERSONAM

受送達者　NIKKI SUISAN CORPORATION
receiver

上記書類は、平成 15 年 12 月 1 日午前・午後 2 時 20 分

受送達者の　有限会社ニッキ水産　代表者取締役　畑山 保男

に対して、当庁においてこれを交付して送達した。

— These documents have been delivered to Mr. Yasuo Hatayama, president of Nikki suisan corporation on December 1, 2003, 2:20 p.m.

横浜地方裁判所第6民事部
Yokohama district court, 6th civil division

裁判所書記官　脇　理香
court secretary    Waki Rika

横浜市中区太田町六丁目82番地

書類受領者
receiver of document

有限会社ニッキ水産
取締役　畑山保男 ㊞

Nikki suisan corporation
president Yasuo Hatayama

（民印 2・1）