Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
JAN 29 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC.,<br>a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18<br>and NIKKI SUISAN CORPORATION,<br>a Japan corporation,<br><br>Defendants. | CIVIL CASE NO. CIV03-00021<br><br>APPLICATION FOR FINAL JUDGMENT BY DEFAULT AND FOR FRCP 54(b) CERTIFICATION AS TO DEFENDANT NIKKI SUISAN CORPORATION |

COMES NOW, Plaintiff Shell Guam, Inc. (hereinafter "**Plaintiff**") and applies to this Court for Final Judgment by Default against Defendant Nikki Suisan Corporation, pursuant to FRCP 54(b) and 55(b) and based upon the Declaration of Steven A. Zamsky filed herewith.

1. Default against Defendant Nikki Suisan Corporation was entered on January ___, 2004. This is a default against the Defendant Nikki Suisan Corporation *in personam*.

///

///

**ORIGINAL**

Page 2
Application for Final Judgment by Default and FRCP 54(b) Certification as to Defendant Nikki Suisan Corporation
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

2. Said Judgment shall be in the principal amount of $237,793.72 together with interest as of the date of January 27, 2004 and plus further interest at the rate of 18% per annum ($113.41 per day) until Final Judgment is entered, and thereafter accruing as required by law, together with attorneys fees in the amount of $9,797.67 as of December 31, 2003.

Dated this 28th day of **January 2004**.

**ZAMSKY LAW FIRM**
**Attorneys for Plaintiff Shell Guam, Inc.**

By: _____
STEVEN A. ZAMSKY

Z8(004.676)\PLD\P#2125