Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, <br><br> Defendants. | CIVIL CASE NO. CIV03-00021 <br><br><br><br> ENTRY OF DEFAULT AS TO DEFENDANT NIKKI SUISAN COPORATION |

It appearing from the records and files in this case and from the Affidavit of Steven A. Zamsky that **DEFENDANT NIKKI SUISAN CORPORATION**, has failed to plead or otherwise defend as provided by FRCP 55(a). The **DEFAULT** of **DEFENDANT NIKKI SUISAN CORPORATION** are hereby **ENTERED**.

Dated this 22nd day of March 2004.

MARY L.M. MORAN
CLERK OF COURT

By: _____
DEPUTY CLERK