Steven A. Zamsky, Esq.
ZAMSKY LAW FIRM
Suite 805, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam USA 96910
Telephone: (671) 477-3637
Facsimile : (671) 472-1584

Attorneys for Plaintiff Shell Guam, Inc.

FILED
DISTRICT COURT OF GUAM
MAR 23 2004
MARY L. M. MORAN
CLERK OF COURT

43

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation, <br><br> Plaintiff, <br><br> vs. <br><br> M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation, <br><br> Defendants. | CIVIL CASE NO. CIV03-00021 <br><br> [PROPOSED] <br> FINAL JUDGMENT BY DEFAULT AS TO DEFENDANT NIKKI SUISAN CORPORATION |

This matter having come before this Court upon the Application for Final Judgment by Default by Plaintiff Shell Guam, Inc. with respect to Defendant Nikki Suisan Corporation, and the Default against Defendant Nikki Suisan Corporation having been entered on ~~January~~ March 22, 2004 and upon review of the pleadings and papers on filed herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. That Final Judgment by Default is hereby ENTERED in favor of Plaintiff Shell Guam, Inc. and against Defendant M/V Nikki Suisan Corporation in the principal amount of

Page 2
Final Judgment by Default as to Defendant Nikki Suisan Corporation
Shell Guam, Inc. v. M/V Gyoko Maru No. 18, et al.
District Court of Guam Civil Case No. CIV03-00021

$229,968.49 together with interest accrued as of January 27, 2004 in the amount of $7,825.23 and plus further interest at the rate of 18% per annum or $113.41 per day until the entry of hereof and thereafter interest accruing as required by law, together with attorneys fees and costs in the sum of $9,791.67 as December 31, 2003. For a total principal, interest, and attorneys fees as of January 27, 2004 of $247,585.39, plus interest at the per diem rate of $113.41 until entry hereof.

2. The Court expressly finds that there is no just reason for delay in this Final Judgment by Default pursuant to FRCP 54(b).

SO ORDERED at Hagåtña, Guam USA this 22nd day of ~~January~~ March 2004.

_____
HONORABLE JOHN S. UNPINGCO
Chief Judge, District Court of Guam

Notice is hereby given that this document was entered on the docket on _____.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By:_____
Deputy Clerk    Date

**RECEIVED**
JAN 29 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Z8(004.676)\PLD\P#2127