# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| SHELL GUAM, INC., a Guam corporation,<br><br>Plaintiff,<br><br>vs.<br><br>M/V GYOKO MARU NO. 18 and NIKKI SUISAN CORPORATION, a Japan corporation,<br><br>Defendants. | CIVIL CASE NO. 03-00021<br><br>**FINAL JUDGMENT** |

Final Judgment is hereby entered in accordance with the following:

1. Final Judgment of Default filed on November 3, 2003
2. Final Judgment by Default filed on March 23, 2004.

Dated this 24th day of March, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on 03/24/04. No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam
By: _____ 03/24/04
Deputy Clerk